***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| GISELE C. FISHER,<br><br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 06- 351 T**<br>**(Judge Emily C. Hewitt** |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert J. Higgins, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert J. Higgins, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: June 7, 2006

s/Robert J. Higgins
Robert J. Higgins, Esquire
U.S. Department Justice Department
Tax Division
Court of Federal Claims Section
202-307-6580
Fax: (202) 514-9440
Robert.J.Higgins@usdoj.gov