IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351 T
(Judge Emily C. Hewitt)

GISELE C. FISHER.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

ANSWER

COMES NOW the defendant, the United States of America, in answer to the complaint filed on May 2, 2006, in the above-captioned case and respectfully denies each and every allegation contained in the complaint that is not expressly admitted or otherwise expressly addressed below.

The United States further:

1-3. Admits the allegations in paragraphs 1 through 3.

4. States that this Court has jurisdiction pursuant to 28 U.S.C. § 1491(a)(1), but denies the allegations in paragraph 4 that any federal income taxes or interest were erroneously or illegally assessed and collected.

5. Admits the allegation in paragraph 5.

6. States that the records of the Internal Revenue Service (the “Service”) indicate the filing of the Form 709 return on April 19, 2001, and a payment of

$2,198,731.20 on that date. States further that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations in paragraph 6.

7. States that the records of the Service indicate that plaintiff reported on Form 709 the value of 956 shares of D. R. Fisher Company, and admits the remaining allegations in paragraph 7.

8. Denies that the Service erroneously valued the shares of stock, states that Service valued 956 shares of stock at $12,338 per share, and admits the remaining allegations in paragraph 8.

9. States that the Service records indicate that the payment described in paragraph 9 was made on April 17, 2005, and admits the remaining allegations in paragraph 9.

10. States that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 10 regarding the date of mailing and admits the remaining allegations in paragraph 10.

11-12. States that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraphs 11 and 12.

13. Admits the allegations in paragraph 13 regarding the amounts that plaintiff paid to the Service, and states that its attorneys currently lack knowledge or information sufficient to form a belief regarding the truth of the remaining allegations in paragraph 13.

WHEREFORE, the defendant prays that the plaintiff take nothing by this complaint, that costs be taxed against the plaintiff and that the Court award the United States of America such other and further relief as the Court deems appropriate, including costs.

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief
Court of Federal Claims Section

s/Mary M. Abate
Of Counsel

July 31, 2006