# In the United States Court of Federal Claims

No. 06-351 T
(Filed: October 3, 2006)

GISELE C. FISHER

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Joint Preliminary Status Report filed on September 21, 2006, the court will hold a telephonic status conference on Wednesday, October 4, 2006 at 2:00 p.m. EDT. A Sprint operator will initiate the telephone call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge