# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: October 4, 2006)

GISELE C. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Preliminary Status Report (JPSR) filed on September 21, 2006. Further to the JPSR and to a telephonic status conference held on October 4, 2006, and pursuant to Rules of the United States Court of Federal Claims (RCFC) 16(b), the court schedules the following:

1. Initial Disclosures. Initial disclosures, pursuant to RCFC 26(a)(1), shall be completed on or before Wednesday, October 18, 2006.

2. Fact Discovery. All fact discovery, including all depositions, shall conclude on or before Thursday, February 1, 2007. In order to achieve this deadline, the parties shall make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a).

3. Expert Discovery. All expert discovery, including the exchange of expert reports and the completion of expert depositions, shall be completed on or before Monday, July 2, 2007. Plaintiff's expert(s) and report(s) shall be disclosed on or before Thursday, March 1, 2007. Deposition(s) of plaintiff's expert(s) shall be completed on or before Monday,

April 2, 2007. Defendant's responsive expert(s) and report(s) shall be disclosed on or before Monday, April 16, 2007. Deposition(s) of defendant's expert(s) shall be completed on or before Tuesday, May 15, 2007. Disclosure of any rebuttal expert report(s) by either party shall be submitted on or before Friday, June 1, 2007. Deposition(s) of any rebuttal expert(s) by either party shall be completed on or before Monday, July 2, 2007.

4. Close of All Discovery. The parties shall complete all discovery on or before Monday, July 2, 2007.

5. Scheduling a Status Conference. The parties shall contact the court during the week of Monday, June 25, 2007 to set up a status conference to be held shortly after the close of discovery on or before Monday, July 2, 2007.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge