# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: June 28, 2007)

GISELE C. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the telephonic status conference held with the parties on June 27, 2007, the trial for the above-captioned case, which was scheduled to begin on September 25, 2007, see Order of June 21, 2007 at 2, will now be held on Tuesday, October 16, 2007 through Wednesday, October 17, 2007. If necessary, the trial will extend through the next day and be completed on Thursday, October 18, 2007. Trial will begin at 9:00 a.m. on each day. Trial is expected to be held in Seattle, Washington at a location to be determined.

When preparing a joint or separate preliminary trial schedule prior to the pretrial conference, as ordered by the court's order of June 21, 2007, see Order of June 21, 2007 at 2, the parties shall use the template attached to this order instead of the template that accompanied the court's order of June 21, 2007.

To the extent that the court's order of June 21, 2007 discusses dates for trial, that order is SUPERSEDED by this order.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

Fisher v. The United States (06-351)
Trial Dates: October 16, 2007 - October 18, 2007
Location to be Determined

| Time | Sun. 10/14 | Monday 10/15 | Tuesday 10/16 | Wednesday 10/17 | Thursday 10/18 | Friday 10/19 | Sat. 10/20 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | | Break | Break | Break | | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |