IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351 T

(Judge Emily C. Hewitt)

GISELE C. FISHER,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

JOINT CERTIFICATION RE MEETING OF COUNSEL

The parties certify that they met by telephone conference on July 16, 2007, and addressed all the matters described in Paragraph 13(c) of Appendix A of the RCFC.

Respectfully submitted,

s/Paul W. Oden
PAUL W. ODEN
Attorney of Record
Miller Nash LLP
601 Union Street #4400
Seattle, WA 98101
(206) 622-8484 Phone
(206) 622-7485 Fax
Paul.Oden@Millernash.com

Of Counsel
s/Greg E. Montgomery
GREG E. MONTGOMERY

Counsel for Plaintiff

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Justice Dept., Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 307-6580
FAX: (202) 514-9440
email: robert.j.higgins@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

Court of Federal Claims Section
s/Steven I. Frahm
Of Counsel

Attorneys for Defendant

July 18, 2007