# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: July 23, 2007)

GISELE C. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the telephonic status conference held with the parties on July 19, 2007, the pretrial conference for the above-captioned case will take place on September 11, 2007 at 11:30 a.m. EDT. The pretrial conference will be held telephonically, and a Sprint operator will initiate the call. The parties shall distribute in advance to participants in the pretrial conference copies of any exhibit as to which an objection remains outstanding. The parties shall prepare and deliver prior to the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached to the court's order of June 28, 2007. See Order dated June 28, 2007.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge