IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351-T
(Judge Emily Hewitt)

GISELE C. FISHER,

Plaintiff,

THE UNITED STATES,

Defendant.

PLAINTIFF'S LIST OF EXHIBITS

Pursuant to paragraph 16 of Appendix A to the Rules of the United States Court of Federal Claims and the Court's Order of June 21, 2007, Plaintiff sets forth a list of exhibits plaintiff expects to offer for case-in-chief or for rebuttal purposes at the trial set for October 16, 2007 and a list of exhibits the plaintiff may offer as needed:

1. Valuation report: D. R. Fisher Company as of March 10, 2000, prepared by Corporate Advisory Associates, Inc. This report will assist Mr. Leung and the Court, as Mr. Leung explains the basis for his expert opinion on the value of the stock of D. R. Fisher Company.

Nos. 2-12. Demonstrative exhibits that illustrative Mr. Leung's valuation. All exhibits are based on information in Mr. Leung's valuation report, No. 1 above.

2. D.R. Fisher Company Asset Allocation on 3/10/00. This exhibit illustrates the allocation of assets of the Company.

3. Pie Chart of Built-in Gains Relative to Cost Basis of assets.

4. D. R. Fisher Company's Changes in Stock Holdings due to Trades with Schedule.

5. D. R. Fisher Company's Source of Funds For Dividend Payments with Schedule.

6. Bar Charts of Alternative Buy/Sell Scenarios on 3/10/00.

7. Bar Chart of D.R. Fisher Company's Total Assets at 3/10/00 compared with ten closed end funds with Schedule of net asset values.

8. Bar Chart of D. R. Fisher Company's Number of Stocks Held at 3/10/00 compared to Closed-End Funds with Schedule of Funds' number of stocks.

9. Bar Chart of Closed-End Investment Companies' Quarterly Discounts to Net Assets Values (3/90 – 2/00) with Schedule of Quarterly Discounts.

10. Chart: Summary of Discount for Lack of Marketability from Restricted Stock Studies.

11. Flow Chart Selection of Net Asset Value Multiple From Market Data.

12. Chart of D. R. Fisher Company Valuation Analysis.

13. Articles of Incorporation of D. R. Fisher Company and amendments. The articles and bylaws of the Company will be offered to show the foundation of Mr. Leung's analysis as it relates to corporate governance and control.

14. Bylaws of D. R. Fisher Company and amendments. The bylaws contain a first right of purchase if a shareholder intends to sell her stock.

Nos. 15-19. Financial Information of the Company. These documents were used by Mr. Leung in his analysis of the underlying value of the assets of the Company and in his determination of the value of the stock of the Company.

15. Balance sheet and income statement for D. R. Fisher Company for first quarter 2000 ended March 31, 2000.

16. Balance sheets and income statements for D. R. Fisher Company for calendar years 1997, 1998 and 1999.

17. Balance sheets and income statements for D. R. Fisher Company for the quarters ended March 31, 1990 through March 31, 1999.

18. ERA Landmark Real Estate, Sue Frye, valuation of the Bozeman, Montana real property of D. R. Fisher Company.

19. Coldwell Banker, Tom Barnes and Karen Jasman, valuation of the Des Moines, Washington real property of D. R. Fisher Company.

Nos. 20-22. Form 1120 U.S. Corporation Income Tax Returns of D. R. Fisher Company. These tax returns illustrate the Company's tax reporting status, income and distributions for three years prior to the valuation date.

20. 1997 Tax Return

21. 1998 Tax Return

22. 1999 Tax Return

23. Stock Analysts reports, Lehman Brothers, Merrill Lynch, Credit Suisse/First Boston on SafeCo. These reports illustrate analysts' opinions of SafeCo company and its stock.

24. Valuation Report: D. R. Fisher Company as of January 6, 1987, prepared by Corporate Advisory Associates, Inc. This report illustrates Mr. Leung's determination of stock value for estate tax purposes.

25. Critique of the Valuation report of D. R. Fisher Company prepared for the Internal Revenue Service by Mr. Lewis Olds. This document will assist the Court in understanding the basis of the Internal Revenue Service's determination of a gift tax deficiency.

26. Rebuttal Report of James R. Rabe, Willamette Management Associates, dated May 29, 2007. This report will assist the Court in an understanding of the Plaintiff's critique of the Government's valuation methodologies and determination.

Nos. 27-31. Demonstrative Exhibits that illustrate Mr. Rabe's rebuttal analysis.

27. James Rabe's comparison schedule: Adjusted Book Value Deduction of Full Capital Gains Tax Liability to Partial Deduction for Tax Liability.

28. James Rabe's two-page correction to the Hanke Schedule 4 and Hanke Schedule 5 to reflect Appreciation in Company Assets.

29. James Rabe's two-page corrections to the Hanke Schedule 4 and Hanke Schedule 5 to reflect present value of assets during the five and ten-year holding periods.

30. James Rabe's correction to and adjustment to the capitalization multiple of the Hanke Schedule 6 Capitalization of Dividend Method with attached Bloomberg observations of BETA for D.R. Fisher Co. portfolio; Ibbotson, *Stocks, Bonds, Bills, and Inflation*: Valuation Ed. 1999 Yearbook, pp. 79, 256; and Blume, "On the Assessment of Risk", The Journal of Finance, Vol. XXVI, March 1971.

31. James Rabe's correction to the Hanke Schedule 8 to exclude the non-comparable funds and to reflect the differences between closed-end funds and D. R. Fisher Company with attached. SEC N-30D filings for Avalon and two Cohen & Steers funds; and Fishman, Pratt & Griffith, PPC's Guide to Business (Thomson, 16th Ed. Feb. 2006) p. 7-2.

32. The Valuation Report of The Hanke Group "Demystifying the Discount Rate", The Hanke Group website. This report will illustrate Mr. Hanke's firm's pronouncement on the building of a discount rate and appropriate adjustments for risk factors.

33. The Valuation Report of The Hanke Group: "Discounts for Lack of Marketability-a New Approach", The Hanke Group website. This exhibit illustrates the opinion of Mr. Hanke's firm that the less liquid the asset, the lower its value.

**Exhibits to be introduced if Needed**. The following Exhibits Nos. 34 -57 may be introduced if needed.

Nos. 34-42. These exhibits will assist the Court in understanding the financial rates of return used by valuation experts in the capitalization of income methodology and the understanding of the basis for Mr. Rabe's rebuttal report and testimony.

34. Shannon P. Pratt, Robert F. Reilly & Robert P. Schweihs, *Valuing a Business*, 4th Edition (McGraw Hill 2000).

35. Bruce A. Johnson, Spencer J. Jeffries and James R. Park, *Comprehensive Guide for the Valuation of Family Limited Partnerships,* Third Edition (Partnership Profiles, Inc. 2006).

36. *Stocks, Bonds, Bills, and Inflation*, Valuation Edition, 1999 Yearbook Ibbotson Associates, 1999.

37. *Stocks, Bonds, Bills, and Inflation*, Ibbotson Associates, 1999.

38. Shannon P. Pratt, *Cost of Capital*, *Estimation and Applications*, 2nd Edition, McGraw Hill, 2002. This exhibit reflects the use of the 20-year U.S. Treasury yield to maturity as of the effective date of the valuation because it matches the longest-term bond over which the equity risk premium is measured in the Ibbotson Associates date series.

39. Federal Reserve Statistical Release, Board of Governors of the Federal Reserve System dated March 13, 2000.

40. Shannon P. Pratt "Cost of Capital, Second Ed. (John Wiley & Sons, Inc. ) p 60.

41. Jay E. Fishman, Shannon P. Pratt, J. Clifford Griffith, *PPC's Guide to Business Valuations*, Vol 3, (Thomson PPC, 16th Ed. 2006) p.14-18. This exhibit illustrates a 2%-6% return adjustment/premiums accorded indirect ownership interests.

42. "ASA Business Valuation Standards", American Society of Appraisers, 1997 edition. The exhibit will assist the Court in understanding valuation standards of the profession.

43. Shannon P. Pratt, *Business Valuation Discounts and Premiums* (New York: John Wiley & Sons, 2001), pp. 84-85

Exhibits Nos. 44-57. These exhibits provide the research background on which the valuation experts relied in their opinions of the reasonable discounts from net asset value for the lack of marketability of the stock of D. R. Fisher Company.

44. William L. Silber, "Discounts on Restricted Stock: The Impact of Illiquidity on Stock Prices," *Financial Analysts Journal*, July-August 1991, pp. 60-64.

45. "Restricted stock discounts, 1991-95", Bruce Johnson, ASA, Shannon Pratt's Business Valuation Update, March 1999.

46. "Restricted stock discounts decline as result of 1-year holding period," Kathryn F. Aschwald, Shannon Pratt's Business Valuation Update, May 2000.

47. Milton Gelman, "An Economist Financial Analyst's Approach to Valuing Stock of a Closely Held Company," *Journal of Taxation*, June 1972, pp. 353-4.

48. J. Michael Maher, "Discounts for Lack of Marketability for Closely-Held Business Interests," *Taxes*, September 1976, pp. 562-71.

49. Robert E. Moroney, "Most Courts Overvalue Closely Held Stocks," *Taxes*, March 1973, pp. 144-56

50. "Institutional Investor Study Report of the Securities and Exchange Commission, Volume 5," U.S. Government Printing Office, 1971.

51. "Revenue Ruling 77-287 Revisited," William F. Pittock and Charles H. Stryker, SRC Quarterly Reports, Vol. 10 No. 1, Spring 1983.

52 Robert R. Trout, "Estimation of the Discount Associated with the Transfer of Restricted Securities," *Taxes*, June 1977, p. 381-385.

53. "Data on Discounts for Lack of Marketability," Willamette Management Associates Study, pp. 247-48, unpublished.

54. Securities and Exchange Commission, *Accounting Series Release No. 113*: *Statement Regarding Restricted Securities* (Chicago: Commerce Clearing House, Federal Securities Law Reports, 1977), pp. 62, 285.

55. "Discounts Involved in Purchases of Common Stock," in U.S. 92nd Congress, 1st Session, House, *Institutional Investor Study Report of the Securities and Exchange Commission*, (Washington: Government Printing Office, march 10, 1971, 5:2444-2456, Document No. 92-64, Part 5).

56. Robert R. Trout, "Estimation of the Discount Associated with the Transfer of Restricted Securities," *Taxes*, June 1977, pp. 381-5.

57. Going Public: The IPO Reporter (New York: Investment Dealers' Digest, Inc., annual).

Respectfully Submitted,

s/ Paul W. Oden
PAUL W. ODEN
Attorney of Record
Miller Nash LLP
601 Union Street #4400
Seattle, WA 98101
(206) 622-8484 Phone
(206) 622-7485 Fax

OF COUNSEL

s/ Greg Montgomery
GREG MONTGOMERY

AUGUST 6, 2007