IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351-T
(Judge Emily C. Hewitt)

GISELE C. FISHER,

Plaintiff,

THE UNITED STATES,

Defendant.

PLAINTIFF'S LIST OF WITNESSES

Pursuant to the Court's Order of June 21, 2007, and paragraph 13 (b) of Appendix A to the Rules of the United States Court of Federal Claims, Plaintiff sets forth a list of witnesses to be called at the trial set for October 16, 2007:

1. Mrs. Gisele C. Fisher. P.O. Box 98510, Des Moines, WA 98198 (206) 622-8484. If needed, Mrs. Fisher will testify with respect to her interest in D.R. Fisher Company, the Company's history, and her payment of gift tax and interest to the government. Her direct testimony is expected to require no more than thirty minutes.

2. Mr. T. S. Tony Leung. Corporate Advisory Associates, Inc., 1001 Fourth Ave., Suite 3810, Seattle, WA 98154. (206) 382-9898. Mr. Leung will testify regarding his determination of the fair market value of the shares of D. R. Fisher Company on March 10, 2000. Mr. Leung will explain his valuation methodology, including the effect of the built-in gains tax as a liability in his determination of the net asset value of the Company. Further, Mr. Leung will describe his valuation deductions for the stock's lack of marketability, size, risk and lack of diversification, among other factors. He will testify about the effect on value of the restrictions on the transferability of the stock. The time needed for his direct examination is anticipated to be four to five hours.

3. Mr. Dan Guderjohn. Corporate Advisory Associates, Inc., 1001 Fourth Ave., Suite 3810, Seattle, WA 98154. (206) 382-9898. If Mr. Leung is unavailable to testify at trial, Mr. Guderjohn will testify about the matters described above in 2.

4. Mr. James G. Rabe. Willamette Management Associates, 111 SW Fifth Ave., Suite 2150, Portland, OR 97204 (503) 222-0577. Mr. Rabe will testify as Plaintiff's rebuttal witness with respect to his valuation report dated May 29, 2007 and his critique of the government witness's conclusion of the fair market value of the stock on March 10, 2000. Mr. Rabe is expected to address the issues of the built-in gains tax liability, the appropriate

deductions from net asset value to reflect the stock's characteristics, and the errors in the report prepared by the government's expert witness. His direct examination is anticipated to require two to three hours.

Respectfully Submitted,

s/ Paul W. Oden
PAUL W. ODEN
Attorney of Record
Miller Nash LLP
601 Union Street #4400
Seattle, WA 98101
(206) 622-8484 Phone
(206) 622-7485 Fax

OF COUNSEL

s/ Greg Montgomery
GREG MONTGOMERY

AUGUST 6, 2007