# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: August 17, 2007)

| | |
|---|---|
| GISELE C. FISHER, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the scheduling order filed on June 28, 2007, see Order of June 28, 2007 (Order), the court schedules that the trial in the above-captioned case be held in Courtroom 18206-B in the United States Courthouse of the United States District Court for the Western District of Washington (Courthouse), which is located at 700 Stewart Street, Seattle, Washington, 98101. As scheduled in the Order, the trial shall be held on Tuesday, October 16, 2007 through Wednesday, October 17, 2007. Id. at 1. If necessary, the trial shall extend through the next day and be completed on Thursday, October 18, 2007. Id.

The court's arrangement letter, providing the name of the court's contact at the Courthouse, will be sent to the parties by facsimile.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge