IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351 T

(Judge Emily C. Hewitt)

GISELE C. FISHER,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

UNITED STATES' EXHIBIT LIST FOR TRIAL

COMES NOW the defendant, the United States of America, and pursuant to the Court's Order of June 21, 2007, and Appendix A, ¶ 16, RCFC, hereby provides its exhibit list for the trial scheduled to commence on October 16, 2007:

Defendant's Exhibits:

No. 1: Expert Report of Dan H. Hanke
dated April 16, 2007

Description: This is the report of defendant's expert witness concluding that the fair market value of one share of the D.R. Fisher Company was in the range of $12,433 to $13,164 on March 10, 2000.

No. 2: The Complaint in this action and all exhibits thereto.

No. 3: Plaintiff's exhibit No. 13, Articles of Incorporation of D.R. Fisher Company and amendments.

No. 4: Plaintiff's exhibit No. 14, Bylaws of D.R. Fisher Company and amendments.

No. 5: Plaintiff's exhibit No. 20, 1997 Tax Return of D.R. Fisher Company.

No. 6: Plaintiff's exhibit No. 21, 1998 Tax Return of D.R. Fisher Company.

No. 7: Plaintiff's exhibit No. 22, 1999 Tax Return of D.R. Fisher Company.

Respectfully submitted,

s/Robert J. Higgins

ROBERT J. HIGGINS
U.S. Justice Dept., Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-3423
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Assistant Chief
Court of Federal Claims Section

s/G. Robson Stewart
Of Counsel

August 27, 2007