IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351 T

(Judge Emily C. Hewitt)

GISELE C. FISHER,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

UNITED STATES' WITNESS LIST FOR TRIAL

COMES NOW the defendant, the United States of America, and pursuant to the Court's Order of June 21, 2007, and Appendix A, ¶ 15, RCFC, hereby provides its witness list for the trial scheduled to commence on October 16, 2007:

Defendant's Witness:

Dan H. Hanke
The Hanke Group
10001 Reunion Place, Suite 400
San Antonio, Texas 78216
210-341-9400

Description of Testimony: The expert opinion of Dan Hanke regarding the fair market value of a share of one share of the D.R. Fisher Company on March 10, 2000, all matters discussed or referred to in his expert report dated April 16, 2007, and to respond to testimony of plaintiff's expert witness(es) including any rebuttal witness(es).

Time for Direct Testimony: Approximately 2 to 4 hours.

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
U.S. Justice Dept., Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-3423
FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Assistant Chief
Court of Federal Claims Section

s/G. Robson Stewart
Of Counsel

August 27, 2007