IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351-T
(Judge Emily C. Hewitt)

GISELE C. FISHER,

Plaintiff,

THE UNITED STATES,

Defendant.

Courtroom 18206-B
U.S. District Court for Western District of Washington
U.S. Court House
700 Stewart Street
Seattle, WA 98101

JOINT PRELIMINARY TRIAL SCHEDULE

Pursuant to the Court's order of June 21, 2007 and June 28, 2007, the parties submit this Joint Preliminary Trial Schedule on the attached template.

Submitted,

s/ Paul W. Oden
PAUL W. ODEN
Attorney of Record
Miller Nash LLP
601 Union Street #4400
Seattle, WA 98101
(206) 622-8484 Phone
(206) 622-7485 Fax

OF COUNSEL

s/ Greg Montgomery
GREG MONTGOMERY

s/ Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
(202) 307-6580

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief
Court of Federal Claims Section

s/Mary M. Abate
Of Counsel

SEPTEMBER 10, 2007

Fisher v. The United States (06-351)
Trial Dates: October 16, 2007 – October 18, 2007
Courtroom 18206-B
U.S. District Court for the Western District of Washington
U.S. Court House
700 Stewart Street
Seattle, WA 98101

| **Time** | **Sun. 10/14** | **Monday 10/15** | **Tuesday 10/16** | **Wednesday 10/17** | **Thursday 10/18** | **Friday 10/19** | **Sat. 10/20** |
|---|---|---|---|---|---|---|---|
| 9:00 | | | Gisele C. Fisher | Direct Exam Dan Hanke | Cross Exam Jim Rabe | | |
| 9:30 | | | T.S. Tony Leung Direct Exam | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | Cross Exam Dan Hanke | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | | | | | | |
| 1:00 | | | | | | | |
| 1:30 | | | Cross Exam Tony Leung | Jim Rabe Rebuttal Witness Direct Exam | Closing Remarks | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | Dan Hanke Direct Exam | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |