# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: September 10, 2007)

| | |
|---|---|
| GISELE C. FISHER, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court brings to the parties' attention its proposed Pre-Trial Conference Agenda.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge