<u>Gisele C. Fisher v. United States</u>
No. 06-351 T

PRETRIAL CONFERENCE
AGENDA
September 11, 2007

1. Progress Toward Fact Stipulations pursuant to RCFC Appendix A ¶ 17

   a. Report from Parties

2. Witnesses/Witness Lists

   a. Witness Lists
   b. Exclusion of Witnesses under Fed. R. Evid. 615
   c. Objections (see 4a-b below)

3. Exhibits/Exhibit Lists

   a. Exhibit Lists (DX, PX, JX)
   b. Use/Identification/Organization of Exhibits at Trial
   c. Four Copies of Exhibits at Trial (Plaintiff, Defendant, Court, Witness/Reporter)
   d. Technology Requirements
   e. Objections to Exhibits (see 4c below)

4. Defendant's Motions in Limine and Motions to Exclude

   a. Motion to Exclude Witness Dan Duderjohn

   b. Objections/Motion to Exclude Exhibits

      i. Exhibits Objected to on Grounds of Hearsay

         Exhibit Numbers 1, 34-57,

      ii. Exhibit Objected to on Grounds of Relevance

         Exhibit Number 25

iii. Exhibit Objected to on Grounds of Hearsay and Relevance

Exhibit Number 24

5. Trial Schedule

a. Review/Reconciliation of Parties' Proposed Schedule of Witnesses
c. Courtroom Schedule
d. Opening Arguments
e. Proposed Post-Trial Briefing
   i. Opening Briefs due November 15, 2007: 50 pages maximum. Simultaneous filing. No attachments of transcripts or exhibits.
   ii. Response Briefs due November 29, 2007: 20 pages maximum. Simultaneous filing. No attachments of transcripts or exhibits.[1]

6. Issues

a. Fair Market Value of Plaintiff's stock in the D.R. Fisher Company on March 10, 2000

b. Whether Plaintiff or Defendant Bears the Burden of Proof

7. Additional Agenda Items Proposed By the Parties

[1]The parties shall note, as stated in the court's Order of June 21, 2007, that any exhibit and/or any portion of an exhibit the import of which with respect to one or more issues in the case is not specifically pointed out by a witness at trial may be disregarded by the court in its determination of the case. "Specifically pointed out" means specific mention, with reference to an exhibit number, and to one or more specific page numbers within, or otherwise identifiable portion of, the exhibit, together with an indication of how the evidence supports or disproves a fact in issue. "Specifically pointed out" shall not include mention for the first time in post-trial briefing. Order of June 21, 2007 2.