# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: September 11, 2007)

GISELE C. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Pretrial Conference held on Tuesday, September 11, 2007, the court orders the following:

1. Defendant's Motion in Limine to Exclude the Testimony of Mr. Dan Duderjohn. It was understood at the Pre-Trial Conference that plaintiff would not call Mr. Dan Duderjohn as a witness, so defendant's motion to exclude his testimony is MOOT.

2. Defendant's Objections to Plaintiff's Exhibits. Defendant's objection to plaintiff's Exhibit Number 1 is MOOT because Mr. T.S. Tony Leung is expected to testify on behalf of plaintiff. Defendant's objection to plaintiff's Exhibit Number 24 is MOOT because plaintiff withdrew this exhibit at the Pre-Trial Conference.

With regard to plaintiff's Exhibit Numbers 25 and 34-57, on or before Monday, September 17, 2007, plaintiff shall file with the court a brief that describes the contents of those exhibits and the authorities that support the admission of those exhibits into evidence. Defendant shall respond to plaintiff's brief on or before Monday, September 24, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge