IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351-T
(Judge Emily Hewitt)

GISELE C. FISHER,

Plaintiff,

THE UNITED STATES,

Defendant.

DECLARATION OF GREG MONTGOMERY
IN SUPPORT OF PLAINTIFF'S MEMORANDUM
RE: ADMISSIBILITY OF EXHIBITS

I, Greg Montgomery, declare:

1. I am serving in an of counsel capacity in this matter and as such am one of the attorneys responsible for representing the plaintiff, Mrs. Gisele C. Fisher. I have personal knowledge of the matters stated in this declaration and am competent to testify to them.

2. Attachment A contains Plantiff's List of Exhibits that has been revised following the Pre-Trial Conference to delete exhibits that plaintiff will not offer.

3. Attachment B contains a true and correct copy of the November 5, 2003 Lewis Olds Report, identified as Exhibit 24 on Plaintiff's List of Exhibits and to which the United States objects on grounds of hearsay and relevance.

This Report served as the basis for the deficiency assessment in this matter. Attachment C contains a true and correct copy of the final page of IRS Form 886A - Explanation of Items in which the IRS explained the basis for the deficiency assessment, expressly relying on Mr. Olds' report.

I conducted the deposition of the United States' expert, Mr. Hanke, and reviewed his files that were created in the course of his work for the United States. Mr. Olds' report was included as one of the documents in Mr. Hanke's files, provided to him by the United States.

4. Attachment D contains true and correct copies of the covers of the books that plaintiff wishes to offer as learned treatises and from which plaintiff will seek to offer limited statements through the testimony of her experts and which plaintiff may wish to use for cross-examination

of the United States' expert. These are, respectively, identified as Exhibits 33, 34, 35, 36 and 38 on Plaintiff's List of Exhibits to which the United States objects.

Attachment E contains one of the appendices from the expert report that will be offered by the United States in which the expert who will testify for the United States indicates that in his work he relied on plaintiff's Exhibits 33, 34, and 35.

Attachment F is a true and correct copy of page 11 Mr. Rabe's rebuttal report (plaintiff's Exhibit 25 to which there is no objection) on which he lists plaintiff's Exhibits 33, 34, 35, 36, and 38 as reference materials upon which he relied in compiling his report.

5. Attachment G contains true and correct copies of reports and studies of discounts for minority interests and for lack of marketability in the sale of interests in closely held business enterprises that are identified on Plaintiff' List of Exhibits as Exhibits 40 through 50 respectively and to all of which the United States objects.

Attachment H contains true and correct copies of pages 26, 28-29 of the expert report that will be offered by the United States on which the expert identifies and discusses each of the studies or reports that are plaintiff's Exhibits 40 through 50.

Attachment I contains pages 15 – 26 from Mr. Rabe's rebuttal report reflecting his discussion of the same studies that are contained in plaintiff's Exhibits 40 through 50.

6. Attachment J contains a true and correct copy of a government publication listing the interest rates being paid on certain government obligations at and around the time of the transfer at issue. This is identified as Exhibit 37 on Plaintiff's List of Exhibits to which the United States objects. This document was one of the documents contained in the files of the expert who will testify for the United States.

7. Attachment K contains a true and correct copy of Exhibit 39 on Plaintiff's List of Exhibits to which the United States objects.

Attachment L contains true and correct copies of page 1 of the Olds report and page 20 of the Hanke report in which these two experts hired by the United States recognize the *Uniform Standards of Professional Appraisal Practice* as applicable to the reports they have prepared in connection with the valuation issue before this Court.

Respectfully Submitted,

s/ Paul W. Oden
PAUL W. ODEN
Attorney of Record
Miller Nash LLP
601 Union Street #4400
Seattle, WA 98101
(206) 622-8484 Phone
(206) 622-7485 Fax

OF COUNSEL

s/ Greg Montgomery
GREG MONTGOMERY

SEPTEMBER 17, 2007

SEADOCS:292236.1