# ATTACHMENT C

| (Rev. April 1968) | EXPLANATION OF ITEMS | SCHEDULE NO. OR EXHIBIT 16 |
|---|---|---|
| NAME OF TAXPAYER Gisele C. Fisher | | YEAR/PERIOD ENDED 2000 |

The company is held by members of the family with long term ties to the company whose assets are held by DRF.

Therefore, Mr. Olds stated that the built-in gains inside the company should not be taken as a dollar for dollar reduction of value. Instead, it would be reasonable to assume that the capital gains will be incurred over a five year period to reflect the possibility that some of the gains will be recognized in the near term.

> "The reserve for deferred taxes has been calculated at a 35 percent federal tax rate, the same as was used by CAA. But I discounted the calculated tax liability of $15,859,390, using a discount rate of 8 percent, over an assumed holding period of five years. This discount, which amounts to approximately 32 percent, provides for what I consider this liability to be: non-current and contingent on future events which might or might not occur. The discount rate of 8 percent is based on rates of return generated by closed end funds and Investment Companies, as tracked by Ibbotson Associates in their Cost of Capital Yearbook, 2001 edition. The holding period is arbitrary, but reflects the fact that between 1987 and 2000, a span of 13 years, the composition of the portfolio held by DRF had changed very little, particularly with respect to the blocks of stock in Safeco Corporation, Weyerhaeuser Company and Fisher Companies Inc., which showed no change."
>
> Olds Report, page 15

Thus, Mr. Olds stated that a value per share based on a present valued built-in gain tax, a 15% lack of control discount and a 20% discount for lack of marketability would result in a value per share for DRF of $12,337.56 per share or $12,338 rounded.

**Conclusion**

The fair market value of the shares of DRF which were placed in GRITs on March 10,2000 should have been valued at $12,338 per share.

See CAA report and Olds reports for additional and supplemental information.4

# ATTACHMENT D

IRWIN LIBRARY

# VALUING a Business



FOURTH EDITION

## The Analysis and Appraisal of Closely Held Companies

35T-05

EXHIBIT 33

# Comprehensive Guide for the Valuation of Family Limited Partnerships

## 3rd Edition

Bruce A. Johnson
Spencer Jefferies
James R. Park

Special Contributing Author:
Stephanie Loomis-Price



Partnership Profiles, Inc.

VALUATION METHODS
EMPIRICAL DATA SOURCES
VALUATION EXAMPLES
MARKETABILITY DISCOUNTS
FLP LEGAL ISSUES
FLP COURT RULINGS
APPENDIX

# STOCKS, BONDS, BILLS AND INFLATION:

## 1999 YEARBOOK

SBBI

**VALUATION**EDITION

EXHIBIT 35

**Ibbotson**Associates

Edition

ost helpful
where the

PAs

of capital
nt errors.
as he or
dly need a

# Cost of Capital

## Estimation and Applications

SECOND EDITION

Shannon P. Pratt, CFA, FASA, MCBA

JOHN WILEY & SONS, INC.

EXHIBIT 36

VAL 2/06

PPC's GUIDE TO

# BUSINESS VALUATIONS

## VOLUME 3

Authors:
Jay E. Fishman, MBA, ASA, CBA
Shannon P. Pratt, DBA, FASA, CFA, CBA
J. Clifford Griffith, MPA, CPA

Contributing Authors:
Stanton L. Meltzer, CPA
Mark W. Wells, CPA
Eric G. Lipnicky, CPA

THOMSON
PPC

Sixteenth Edition (February 2006)
Practitioners Publishing Company
Fort Worth, Texas
(800) 323-8724
ppc.thomson.com

EXHIBIT 38

# ATTACHMENT E

**APPENDIX III - SOURCES OF INFORMATION RELIED UPON IN THIS VALUATION**

EXTERNAL DOCUMENTS

1. *Valuing a Business, 4th* Edition, Shannon P. Pratt, Robert F. Reilly & Robert P. Schweihs, McGraw Hill, 2000
2. *Financial Valuation, Applications and Models,* 2nd Edition, James R. Hitchner, John Wiley & Sons, 2006
3. *Principia Pro for Closed End Funds*, from Morningstar, Inc., as of February 28, 2000
4. *Comprehensive Guide for the Valuation of Family Limited Partnerships*, Third Edition, Bruce A. Johnson, Spencer J. Jefferies, and James R. Park, 2006 Edition, published by Partnership Profiles, Inc.
5. *Stocks, Bonds, Bills and Inflation,* Valuation Edition 1999 Yearbook, Ibbotson Associates, Inc., 1999
6. *Business Economic Update*, March 10, 2000, Macroeconomic Advisers, LLC
7. *Business Valuation and Taxes,* David Laro and Shannon P. Pratt, John Wiley & Sons, Inc., 2005
8. *Investment Valuation*, 2nd Edition, Aswath Damodaran, John Wiley & Sons, Inc., 2002

INTERNAL DOCUMENTS

1. Corporate tax returns for 1997 through 1999
2. Internally prepared financial statements for the years ended December 31, 1997 through 1999 and for the three months ended March 31, 2000
3. March 31 balance sheet for 10 years preceding March 10, 2000
4. Opinion letter, provided by an ERA Landmark Real Estate sales associate in Bozeman, Montana, dated May 25, 2000
5. Opinion letter, provided by a Coldwell Banker assistant manager and associate broker in Seattle, Washington, with a March 10, 2000, valuation date
6. Trading records of the Company from January 1, 1990 through December 31, 2000
7. Articles of Incorporation and By Laws of the Company

# ATTACHMENT F

## SOURCES OF INFORMATION

- Corporate tax returns for 1997 through 1999
- Internally prepared financial statements for the years ended December 31, 1997 through 1999, and for the three months ended March 31, 2000
- March 31 balance sheet for 10 years preceding March 10, 2000
- Trading records of the Company from January 1, 1990, through December 31, 2000
- Articles of Incorporation and By-Laws of the Company
- Valuation report of D.R. Fisher Company as of March 10, 2000, prepared by Corporate Advisory Associates
- Valuation report of D.R. Fisher Company as of March 10, 2000 prepared by The Hanke Group (and supporting workpapers)
- Deposition of Dan Henry Hanke, May 8, 2007
- *Valuing a Business*, 4th Edition, by Shannon P. Pratt, Robert F. Reilly, and Robert P. Schweihs, McGraw Hill, 2000
- *Comprehensive Guide for the Valuation of Family Limited Partnerships*, 3rd Edition, by Bruce A. Johnson, Spencer J. Jeffries, and James R. Park, Partnership Profiles, 2006.
- *Stocks, Bonds, Bills, and Inflation*, *Valuation Edition 1999 Yearbook*, Ibbotson Associates, 1999
- *Stocks, Bonds, Bills, and Inflation*, Ibbotson Associates, 1999
- *Cost of Capital, Estimation and Applications*, 2nd Edition, by Shannon P. Pratt, McGraw Hill, 2002
- *PPC's Guide to Business Valuations*, by Jay E. Fishman, Shannon P. Pratt, Clifford Griffith, Thomson PPC, 2006.
- Bloomberg