# ATTACHMENT G

This book is printed on acid-free paper. ♾

Copyright © 2001 by John Wiley & Sons, Inc., New York. All rights reserved.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4744. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ @ WILEY.COM.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*Library of Congress Cataloging-in-Publication Data*

Pratt, Shannon P.
Business valuation discounts and premiums / Shannon P. Pratt.
p. cm.
Includes bibliographical references and index.
ISBN 0-471-39448-3 (cloth : alk. paper)
1. Business enterprises—Valuation. I. Title.

HG4028.V3 P682 2001
658.15—dc21
2001026448

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

# Business Valuation Discounts and Premiums

Shannon P. Pratt, CFA, FASA, MCBA

John Wiley & Sons, Inc.

EXHIBIT 40

## Willamette Management Associates Pre–Initial Public Offering Studies

Willamette began its series of studies specifically to help quantify the discount for lack of marketability in the *Estate of Gallo v. Commissioner* case.[2]

When a company registers an IPO, it is required by the SEC to disclose all transactions in its stock within three years prior to the IPO as well as the past year's financial results. Willamette obtains registration statements for all nonfinancial operating companies listed in the *IPO Reporter.* Willamette then eliminates all insider transactions (i.e., officers, directors, and employees) and focuses only on those transactions of an arm's-length nature.

For each transaction, Willamette then compares the private transaction price with the IPO price. Because some of the private transactions go back as far as three years, certain adjustments are necessary. The most important adjustment is to recognize the change in the company's earnings from the time of the private transaction to the time of the IPO. Therefore, the studies use price/earnings (P/E) ratios (price to latest 12 months' reported earnings) rather than raw prices. For example, if the private transaction price were at six times the latest 12 months' earnings and the IPO price were at 10 times the latest 12 months' earnings, the discount would be 40% ([10 − 6]/10 = .40). (This requires eliminating those companies that report losses at either the private transaction date or the IPO date.)

Since companies tend to go public when the market for stocks in their industry is relatively good, an adjustment is also made for changes in Standard & Poor's industry average P/E ratios. For example, if the industry average P/E ratio were 15 times at the time of the public offering but only 12 times at the time of the private transaction, the implied discount would be reduced proportionately, in this case to 80% of the implied discount (12/15 = .80). Thus, in the prior example where the implied discount was 40% before adjustment for changes in market conditions, it would be reduced to 32% (.40 × .8 = .32).[3]

Exhibit 5.2 shows the results of the series of Willamette studies as of this writing. Because of the very high cost of these detailed studies, Willamette has not published the complete lists of stocks involved in each year's study. Willamette publishes a summary of the studies but not the underlying data. The relevant data have, however, been provided to courts and opposing experts under confidentiality agreements in many cases involving disputed discounts for lack of marketability so that opposing experts could conduct effective cross-examination.

Some critics have suggested that the studies tend to understate the true discounts because underwriters try to price public offerings at about 15% below market value in order to help ensure a successful offering. However, Willamette has conducted studies of prices six months following the IPOs and found no consistent upward or downward bias in the first six months' performance relative to the market. Further research may shed additional light on this point.



**Exhibit 5.2** Summary of Discounts for Private Transaction P/E Multiples Compared to Public Offering P/E Multiples Adjusted for Changes in Industry P/E Multiples

| Time Period | Number of Companies Analyzed | Number of Transactions Analyzed | Standard Mean Discount | Trimmed Mean Discount* | Median Discount | Standard Deviation |
|---|---|---|---|---|---|---|
| 1975–78 | 17 | 31 | 34.0% | 43.4% | 52.5% | 58.6% |
| 1979 | 9 | 17 | 55.6% | 56.8% | 62.7% | 30.2% |
| 1980–82 | 58 | 113 | 48.0% | 51.9% | 56.5% | 29.8% |
| 1983 | 85 | 214 | 50.1% | 55.2% | 60.7% | 34.7% |
| 1984 | 20 | 33 | 43.2% | 52.9% | 73.1% | 63.9% |
| 1985 | 18 | 25 | 41.3% | 47.3% | 42.6% | 43.5% |
| 1986 | 47 | 74 | 38.5% | 44.7% | 47.4% | 44.2% |
| 1987 | 25 | 40 | 36.9% | 44.9% | 43.8% | 49.9% |
| 1988 | 13 | 19 | 41.5% | 42.5% | 51.8% | 29.5% |
| 1989 | 9 | 19 | 47.3% | 46.9% | 50.3% | 18.6% |
| 1990 | 17 | 23 | 30.5% | 33.0% | 48.5% | 42.7% |
| 1991 | 27 | 34 | 24.2% | 28.9% | 31.8% | 37.7% |
| 1992 | 36 | 75 | 41.9% | 47.0% | 51.7% | 42.6% |
| 1993 | 51 | 110 | 46.9% | 49.9% | 53.3% | 33.9% |
| 1994 | 31 | 48 | 31.9% | 38.4% | 42.0% | 49.6% |
| 1995 | 42 | 66 | 32.2% | 47.4% | 58.7% | 76.4% |
| 1996 | 17 | 22 | 31.5% | 34.5% | 44.3% | 45.4% |
| 1997 | 34 | 44 | 28.4% | 30.5% | 35.2% | 46.7% |

*Excludes the highest and lowest deciles of indicated discounts.
*Source:* Willamette Management Associates. Used with permission.

## John Emory Pre–Initial Public Offering Studies

The Emory studies (also known as the Baird & Co. studies) observe private transactions up to five months prior to the IPO. Because of the shorter time frame, no adjustments are made; the private transaction price is simply compared with the IPO price. For example, if the IPO price were $20 and the private transaction price $11, the implied discount would be 45% ([20 − 11]/20 = .45).

There is no screening to eliminate insider transactions. As Emory explains,

In order to provide a reasonable comparison of prices before and at the IPO, I felt it necessary both for the company to have been reasonably sound and for the private transaction to have occurred within a period of five months prior to the offering date.

The transactions primarily took one of two forms: (1) the granting of stock options with an exercise price equal to the stock's then fair market value; or (2) the

by William L. Silber

# Discounts on Restricted Stock: The Impact of Illiquidity on Stock Prices

*A simple statistical model explains price differences between securities that differ in resale provisions—in particular, restricted securities, which can be sold only after a two-year holding period, are compared with publicly traded securities of the same company. The discount on restricted stock varies directly with the amount of restricted stock relative to publicly traded stock and inversely with the credit-worthiness of the issuing company.*

*That credit-worthy companies must offer price discounts of more than 30 per cent to sell a significant block of restricted stock illustrates the importance of liquidity to the valuation of common stock.*

ACADEMIC STUDIES of **liquidity** have focused on bid-ask spreads, dealer behavior and market structure. There is relatively little formal evidence on the impact of liquidity on securities pricing and/or the cost of equity capital.[1] Yet the social welfare benefits gained from the considerable real resources devoted to providing financial market liquidity rest in large measure on the effects of liquidity on risk and cost of capital.[2]

This article presents evidence on the impact of liquidity by examining price differences across securities that are identical in all respects except for resale provision. Securities issued by a company but not registered with the Securities and Exchange Commission (SEC) can be sold via private placements to sophisticated investors but cannot be resold in the open market, except under provisions of the SEC's Rule 144. This rule permits holders of such **"restricted stock"** to sell limited amounts of these securities after a two-year holding period.[3] Thus holders of restricted stock are subject to a minimum two-year period of illiquidity.

Companies issuing restricted stock alongside registered securities trading in the open market usually offer a price discount on the restricted securities to compensate for their relative illiquidity. Comparing the price of restricted stock with the price of an otherwise identical class of common stock traded in the open market measures the impact of liquidity on the cost of equity capital.

The restricted stocks in our sample sold at an average price discount of 33.75 per cent. This figure is consistent with the findings of earlier studies of restricted securities.[4] Our formal statistical model shows, however, that the amount of the discount varies with firm and issue characteristics. For firms with large revenues and positive earnings, for example, discounts on restricted stock are significantly smaller than average. Investors presumably expect to hold such securities through their period of illiquidity, hence will settle for a smaller price discount.[5] After a brief overview of the data, we present the cross-sectional model explaining discounts and then turn to the implications of the results.

## The Data

Because restricted securities are privately placed, price and volume data are not readily available. The Securities Data Corporation (SDC) of Newark, New Jersey surveys institutional investors and records the month during which a private placement takes place and the amount of the offering. SDC reports that between 1981 and 1988 there were 310 private placements of common stock of publicly traded companies. After eliminating issues that had warrants or other special provisions, we identi-

1. Footnotes appear at end of article.



GF0692

EXHIBIT 41

Table I Sample Characteristics

| | Mean | SD | Max. | Min. |
|---|---|---|---|---|
| 1. Percentage Discount[a] | 33.75% | 23.7% | 84% | −12.7% |
| 2. Dollar Size of Issue[b] (millions) | $4.3 | $6.6 | $40.0 | $0.17 |
| 3. Restricted/Total[c] | 13.6% | 10.3% | 56% | 1% |
| 4. Earnings[d] (thousands) | $912 | $11,663 | $65,039 | −$8,863 |
| 5. Revenues[e] (millions) | $40.0 | $106.0 | $595 | 0 |
| 6. Market Capitalization[f] (millions) | $54.0 | $88.4 | $532 | $4.4 |

a. *Percentage discount* = $[1 - p^*/p] \cdot 100$, where $p^*$ is the price per share of the restricted stock and p is the closing price of common stock on the placement date.
b. *Dollar size of issue* = $p^*$ times number of restricted shares.
c. *Restricted/total* = number of restricted shares divided by total common stock (including restricted stock).
d. *Earnings* = total earnings for fiscal year prior to placement date.
e. *Revenues* = total revenues for fiscal year prior to placement date.
f. *Market capitalization* = P times number of shares outstanding prior to placement date.

fied the precise date of private placements by 69 companies through a computer search of public news releases in the financial press, supplemented by data from M. M. Patricoff & Co. of New York.

For each of these 69 companies, we recorded the date of the private placement, the price per share of the restricted stock, and the closing price (or the average of the bid and offer prices) for the company's publicly traded shares on the placement date. Balance sheet and income statement data were taken from 8K and 10K filings. Table I shows the means, standard deviations, minimum and maximum values of some key variables.

The first three items relate to the restricted stock offering itself—percentage discount on the restricted stock, dollar size of the offering and number of restricted shares as a percentage of all common stock. The next three items are firm characteristics identified by the Internal Revenue Service (Revenue Ruling 77-287) as potentially important for valuing restricted stock for estate tax purposes. These items are the earnings of the firm during the previous fiscal year, total revenues during the previous fiscal year and market capitalization prior to the private placement.

## Some Observations

Two general observations emerge from the data in Table I. First, rows 4 through 6 indicate that firms issuing restricted stock are relatively small ($40 million in total revenues, on average) and not very profitable ($912,000 in earnings, on average). In fact, a number are development-stage companies; that is, they have no revenues at all.

Second, although the average discount is 33.75 per cent (reported in row 1), there is considerable variability within the sample. The largest discount is 84 per cent, and the smallest is actually a premium (negative discount) of 12.7 per cent. Some of this variability can be explained by idiosyncratic factors. For example, despite its illiquidity, restricted stock may sell at a premium because investors are promised representation on the company's board of directors. But there is enough variability in discount levels to warrant a more systematic explanation.

Table II provides some initial insights into the

### Glossary

**Liquidity:** The ability to buy or sell an asset quickly with little premium or discount compared with the equilibrium price.

**Restricted Stock:** Securities not registered with the Securities and Exchange Commission, which must be sold to sophisticated investors and can be resold only under provisions of SEC Rule 144.

**Reverse Causation:** An econometric problem stemming from the independent variable being partially dependent on the dependent variable.

**Reduced-Form Equation:** An equation in which the explanatory variables are exogenous to the model.

**Logarithmic Transformation:** An equation in which the original variables have been replaced by their natural logarithms.

**Dummy Variable:** A variable in a regression equation with values equal to zero or one.

**F-test:** A statistic designed to test the hypothesis that all the coefficients in a regression are equal to zero.

Table II Sample Characteristics for Discounts Above and Below 35 Per Cent

| | Discounts > 35% (34 companies) | | Discounts < 35% (35 companies) | |
|---|---|---|---|---|
| | Mean | SD | Mean | SD |
| 1. Percentage Discount | 53.9% | 13.1% | 14.1% | 12.6% |
| 2. Dollar Size of Issue (millions) | $2.7 | $3.9 | $5.8 | $8.2 |
| 3. Restricted/Total | 16.3% | 12.4% | 10.9% | 7% |
| 4. Earnings (thousands) | −$1,440 | $2,736 | $3,198 | $15,934 |
| 5. Revenues (millions) | $13.9 | $22.2 | $65.4 | $144.9 |
| 6. Market Capitalization (millions) | $33.8 | $27.8 | $74.6 | $118.4 |

factors behind the relative magnitudes of discounts on restricted stock. This table divides the sample at the median discount of 35 per cent and records for each subsample the means and standard deviations for Table I's six variables.

The last three rows of Table II show that firms with higher revenues, earnings and market capitalizations are associated with lower discounts. Row 3 indicates that discounts are larger when the block of restricted stock is large relative to total shares outstanding. (This is consistent with Mikkelson and Partch's finding that marketing a large block in a secondary distribution requires price concessions to investors.[6]) But this relation seems to be contradicted by the results in row 2, which show that the dollar size of the issue is inversely related to the discount.

The inverse relation between dollar size of issue and size of discount stems from reverse **causation**: The smaller the discount, the more restricted stock a firm is likely to sell. Somewhat more formally, the dollar size of issue cannot be an explanatory variable in a statistical model of discounts on restricted stock because it is determined simultaneously with the discount. The model presented below identifies the proper explanatory variables and estimates their impact on discounts.

## A Simple Statistical Model

An equation explaining discounts on restricted stock may be thought of as a **reduced-form equation** emerging from the interaction of supply and demand for restricted stock. To keep it simple, we specify a basic demand function in Equation (1), a supply function in Equation (2) and a market-clearing condition in Equation (3):

$$Q_D = Q_D(\overset{+}{D}, \overset{+}{CR}, \overset{+}{M}, \overset{+}{S}) \qquad (1)$$

$$Q_S = Q_S(\overset{-}{D}, \overset{-}{CF}) \qquad (2)$$

$$Q_S = Q_D. \qquad (3)$$

D is the discount (equal to 1 − p*/p, where p* is the price of restricted stock and p is the price of the publicly traded common stock). CR is the credit-worthiness of the firm. M is a measure of marketability of the restricted shares. S represents special (favorable) relationships associated with investors in the restricted shares. CF is the cash flow of the company. The sign above each variable indicates how it is related to the dependent variable in each equation.

We can solve Equations (1), (2) and (3) for the discount variable, D, as follows:

$$D = D(\overset{-}{CR}, \overset{-}{M}, \overset{-}{CF}, \overset{-}{S}). \qquad (4)$$

Equation (4) indicates that

- discounts on restricted stock should be smaller, the better the credit-worthiness of the company;
- discounts should be smaller, the better the marketability of the shares;
- discounts should be smaller, the larger the cash flow of the company; and
- discounts should be smaller in the presence of special concessions to investors in restricted stock.

To permit a **logarithmic transformation** of the variables, we replace D in Equation (4) with 1 − D, where 1 − D is simply p*/p, the relative price of restricted stock (which is non-negative). Thus we have:

$$p^*/p = f(\overset{+}{CR}, \overset{+}{M}, \overset{+}{CF}, \overset{+}{S}). \qquad (5)$$

The signs of the variables in Equation (5) are the reverse of those in Equation (4). This means that the relative price of restricted stock will be higher with better credit-worthiness, better



GF0694

marketability, higher cash flows and special concessions to investors.

### Estimating the Equation

The next step is to identify proxies for credit-worthiness, marketability, cash flow and special provisions so that we can specify Equation (5) more precisely and then estimate the coefficients statistically.

The best proxies for credit-worthiness and cash flow come from the balance sheet. As a first approximation, larger earnings and revenues imply better credit-worthiness, and higher revenues generate higher cash flows. We would thus expect revenues and earnings to have a positive impact on the relative price of restricted stock, based on the signs of the variables in Equation (5).

Marketability is somewhat more complicated. Mikkelson and Partch have shown that blocks of stock sold in secondary distributions cannot be sold at the same price as existing shares, because the demand for shares is not perfectly elastic.[7] Moreover, they find that the magnitude of the price decline varies directly with the size of the offering relative to total shares outstanding.

There is an even stronger argument for imperfectly elastic demand in the case of restricted stock, because the restricted shares are less marketable than the publicly traded common stock. We would thus expect the size of the restricted offering relative to total shares outstanding to have a negative impact on the relative price of restricted stock, because it represents a large negative marketability impact and there is a positive sign on the marketability variable in Equation (5).

Special relationships associated with a restricted stock offering come in several varieties. The two most popular in our sample were (1) guarantees of representation on the company's board (five companies) and (2) a customer relationship between investors and issuer (six companies). Each of these special provisions is represented by a separate **dummy variable**. The dummy takes on a value of one if a relationship exists and zero if it does not. The dummy variables should thus have positive coefficients in the estimated equations; the relative price of restricted stock should be higher in the presence of special associations.

Equation (6) reports the least-squares estimate of a modified version of Equation (5) with standard errors listed beneath the estimated coefficients:

$$
\begin{aligned}
LN\ (RPRS) = {} & \underset{(0.13)}{4.33} + \underset{(0.013)}{0.036}\ LN\ (REV) \\
& - \underset{(0.051)}{0.142}\ LN\ (RBRT) + \underset{(0.108)}{0.174}\ DERN \qquad (6) \\
& + \underset{(0.154)}{0.332}\ DCUST,
\end{aligned}
$$

$R^2 = 0.29$; SE = 0.358; F = 8.1.

The dependent variable, LN (RPRS), is the natural logarithm of the relative price of restricted stock expressed in percentage terms $[(p^*/p) \cdot 100]$. The explanatory variables are LN (REV), the natural logarithm of the firm's revenues (in millions); LN (RBRT), the natural logarithm of the restricted block relative to total common stock (in per cent); DERN, a dummy variable equal to one if the firm's earnings are positive and equal to zero otherwise; and DCUST, a dummy variable equal to one if there is a customer relationship between the investor and the firm issuing the restricted stock and zero otherwise.

Each of the explanatory variables in Equation (6) has the expected sign and is statistically significant at the 5 per cent level (using a one-tailed test). The **F-test** indicates that the overall relationship is statistically significant, although the $R^2$ of 0.29 suggests that there is substantial unexplained variability in the dependent variable.

Preliminary tests with a linear specification of Equation (6) produced insignificant t-statistics for all the explanatory variables. Similarly, the earnings variable was insignificant when it was entered as the dollar value of earnings or as earnings per share. Various combinations of average earnings during the previous three years did not alter the results. The earnings dummy variable apparently captures the main characteristic relevant to determining the relative price of restricted stock.

A dummy variable indicating representation on the company's board of directors was not significant in trial estimates of Equation (6). Dummy variables indicating where the publicly traded common stock was listed (NYSE, ASE or OTC) were also not statistically significant.

### Implications

The empirical results reported in Equation (6) imply that, although illiquidity produces dis-



GF0695

**Table III** Price Penalties Vary with Firm Earnings and Block Size

| | (1) Revenues (millions) | (2) Block Size | (3) Relative Price of Restricted Stock |
|---|---|---|---|
| A. Sample Mean | $40 | 13% | 71.7% |
| B. Double Revenues | 80 | 13 | 73.5 |
| C. Triple Revenues | 120 | 13 | 74.6 |
| D. Double Block | 40 | 26 | 65.0 |
| E. Triple Block | 40 | 39 | 61.3 |
| F. Triple Both | 120 | 39 | 63.8 |
| G. "Very Large" Revenues | 1000 | 39 | 68.9 |

counts on restricted stock, the size of the price penalty varies with firm and issue characteristics. Table III uses Equation (6) to estimate how the price penalty varies with revenues and block size when firms have positive earnings and sell restricted stock to an unrelated party (i.e., DERN = 1 and DCUST = 0).

The price penalty is more sensitive to block size than it is to revenues, as we would expect from the relative magnitudes of the coefficients in Equation (6). In particular, tripling the block size from the sample mean of 13 per cent to 39 per cent lowers the relative price of the restricted shares by more than 10 points (from 71.7 to 61.3). Tripling the revenues from the sample mean of $40 million to $120 million increases the relative price of the restricted shares by only 2.9 points (from 71.7 to 74.6). Moreover, a company with $1 billion in revenues that sells a 39 per cent block of restricted stock (line G) must offer a price discount of 31.1 per cent.

The results indicate that marketing a large block of illiquid securities requires significant price concessions, even from firms with substantial credit-worthiness. Liquidity clearly has a significant impact on the cost of equity capital.[8] ■

## Footnotes

1. Two exceptions are K. Garbade, "Analyzing the Structure of Treasury Yields: Duration, Coupon, and Liquidity Effects," Topics in Money and Securities Markets, Bankers Trust Co., November 1984, and Y. Amihud and H. Mendelson, "Asset Pricing and the Bid-Ask Spread," *Journal of Financial Economics* 17 (1986).
2. See W. L. Silber, "The Economic Role of Financial Futures" in A. Peck, ed., *Futures Markets: Their Economic Role* (Washington, DC: American Enterprise Institute, 1985).
3. See J. Fogelson, "Rule 144—A Summary Review," *The Business Lawyer* 37 (1982).
4. See T. A. Solberg, "Valuing Restricted Stocks: What Factors Do the Courts and the Service Look For?" *Journal of Taxation*, September 1979, and U.S. Securities and Exchange Commission, "Institutional Purchases of Restricted Securities" in *Institutional Investor Study Report*, volume 5 (Washington, DC: U.S. Government Printing Office, 1971).
5. This evidence of a "clientele effect" in the price impact of illiquidity is consistent with the observations of Amihud and Mendelson, "Asset Pricing," *op. cit.*, who used a completely different set of data from mine.
6. W. H. Mikkelson and M. M. Partch, "Stock Price Effects and Costs of Secondary Distributions," *Journal of Financial Economics* 14 (1985).
7. *Ibid.*
8. I thank Steve Figlewski and Karen Morris for their helpful comments and Linda Canina for her research assistance.



GF0696



Shannon Pratt's

# BUSINESS VALUATION UPDATE

Timely news, views and resources for better valuations

Vol. 5, No. 3, March 1999

# IBA enjoys annual conference at Walt Disney World

## Jack Bakken receives professional service award



Our editor-in-chief presents the IBA's first annual Shannon Pratt Professional Service Award to Jack Bakken. Jack was the first chairman of the American Society of Appraisers Business Valuation Committee, serving over five years, starting in 1981. He has been publisher of *Business Valuation Review*, the ASA's quarterly journal, from its inception in 1981 through the present. He served as international president of the ASA in 1997-98. He and Ray Miles were instrumental in founding the "Clarence Group," a cooperative committee representing the ASA, IBA, NACVA, AICPA and the Canadian Institute of Chartered Business Valuers addressing matters of mutual interest. (The group currently is working on a joint Glossary of Business Valuation Terminology.)



Four IBA regional governors kicked off the 1999 conference at Walt Disney World. Left to right: Tom Stanton, Rand Curtiss, David Bishop and John C. Korschot.

*Camaraderie was strong at the Institute of Business Appraisers' annual conference at Walt Disney World, Feb. 5-7. Conference coverage starts on page 4. — SP*

*Guest Article:*

# Restricted stock discounts, 1991-95

***By Bruce Johnson, ASA***



**Bruce Johnson**

*We're very pleased that Bruce chose* **Business Valuation Update** *for the initial publication of this latest in a long series of restricted stock discount studies. I think it's particularly useful that he empirically indentifies three factors that impact the magnitude of the discount for lack of marketability. —SP*

When appraising a privately held business interest, the discount for lack of marketability is generally the largest adjustment made in determining an estimate of value. Most discounts for lack of marketability in business appraisals rely, at least partially, on studies of restricted stock transactions. This article reviews past studies and presents findings from a new study.

The inability to readily sell a minority interest in a company increases an investor's exposure to changing market conditions and increases their risk of ownership. The pur-

*Continued to next page...*

## INSIDE...

IRS proposes regs to start gift tax statute of limitations .......... 8-9

Comparison between *Bizcomps* and *Pratt's Stats* valuation multiples .......... 10-11

**DEPARTMENTS**

Cost of capital update .......... 3

Data & publications update .......... 7, 9-11

Legal & court case update .......... 12-13

News update .......... 14-15

Calendar update .......... 15

**DATA DIRECTORY AND BOOK CATALOG**

Enclosed with this issue is the annual "Where to Find It—Business Valuation Data Directory and Book Catalog." The Book Catalog part of the Directory is a new feature this year, describing books of interest to readers. The books in the catalog can be ordered directly from Business Valuation Resources. An additional new feature of the Directory this year is an index by type of data, such as compensation, cost of capital, etc.

GF0697

EXHIBIT 42

## Restricted stock discounts

*... continued from front page*

pose of a discount for lack of marketability is to recognize and quantify the effect on value attributable to the inability of an owner of a business interest to convert his interest into liquid funds as quickly as a shareholder of a publicly traded security can. Revenue Ruling 77-287 recognizes the lack of marketability for an interest in a privately held business as follows:

> Whether the shares are privately held or publicly traded affects the worth of the shares to the holder. Securities traded on a public market generally are worth more to investors than those that are not traded on a public market.

### Published studies of restricted stocks

Several studies of restricted stocks have been conducted, beginning in the 1960s with the Securities and Exchange Commission. The studies estimate discounts for lack of marketability by quantifying the differences in the price at which restricted stocks trade compared with market trades of unrestricted shares of the same stock on the same date. The discount reflects the fact that the security cannot be readily sold and is therefore less valuable.[1] The most notable difference between restricted stocks and the stock of a privately held business is that, up until 1996, restricted stocks could not trade for two years after their acquisition, while the shares of a privately held company may never be marketable. Recently, the restrictions were eased so that a restricted stock cannot trade publicly for one year.

The average or median discount for lack of marketability found by these previous studies ranges from 23% to 45%.[2] Two thirds of the studies performed found the average or median discount to be between 31% and 36%. One of the more recent studies, which included restricted stock transactions from 1981 to 1988, was performed by **William Silber** and was published by the ***Financial Analyst Journal***. The study reported that the discounts ranged from a premium of 13% to a discount of 84% and averaged 34%.[3] Silber attempted to identify the factors that caused the discount for lack of marketability to vary, but the results were inconclusive. A summary of the nine previous studies is shown above.

As seen above, the average discounts found in the studies are fairly consistent over time. However, upon further examination of each study, the range of discounts observed vary significantly. The distribution of discounts was broad, and ranged from small premiums to discounts as high as 91%. Furthermore, there was no consensus or grouping around the average discount found in the studies. Because none of the studies has been able to find a correlation between the size of the discount and the attributes of the business, applying the findings of these studies to a valuation of a privately held business is somewhat difficult.

| YEARS STUDIED | NAME OF STUDY | AVERAGE DISCOUNTS | NUMBER OF TRANSACTIONS |
|---|---|---|---|
| 1966-69 | SEC Institutional Investor | 25.8% | 398 |
| 1968-70 | Milton Gelman | 33.0% | 89 |
| 1969-72 | Robert E. Moroney | 35.6% | 146 |
| 1969-73 | J. Michael Maher | 35.4% | N/A |
| 1968-72 | Robert Trout | 33.5% | 60 |
| 1978-82 | Standard Research Consultants | 45.0% * | 28 |
| 1981-84 | Willamette Management Associates | 31.2% * | 33 |
| 1981-88 | William L. Silber | 33.8% | 69 |
| 1979-92 | FMV Opinions, Inc. | 23.0% | 100 |

* denotes median

### New study of restricted stocks

The attributes an investor considers when buying a restricted stock includes its profitability, size, holding period and transaction amount. It is the investor's perception of these attributes that determines the price one is willing to pay. The discount for lack of marketability occurs when an investor in restricted securities determines he or she requires a higher rate of return as compared to the publicly traded stock price. To receive a higher return, the investor pays less than the publicly traded price, which results in a discount.

To identify the factors that affect the discount so that restricted stock data can be applied to the valuation of a privately held business, more recent restricted stock transactions were examined that occurred between 1991 and 1995. As with the previous studies, the holding period for the restricted stock was two years. The average discount for lack of marketability for the 72 transactions observed was 20%.

As can be seen, the discount for lack of marketability was less than the earlier studies. This is primarily due to an increased number of investors who have entered the market for restricted stocks in the past five years. However, the range of discounts observed was comparable, and varied from a premium of 10% to a discount of 60%.

To get a better idea of what factors affect the discount, certain financial information was obtained for each of the companies. Sales and net income information for each company for the transaction year and the year prior to the sale of the restricted stock were exam-

*Continued to next page...*

[1] Securities and Exchange Commission, Accounting Series No. 113: Statement Regarding Restricted Securities, (Chicago: Commerce Clearing House, Federal Securities Law Reports, 1977), 62, 285.

[2] Shannon Pratt, *Valuing A Business*, 3d ed., (Homewood, Illinois: Richard D. Irwin, Inc., 1996), 335-342.

[3] William L. Silber, "Discounts on Restricted Stock: The Impact of Illiquidity on Stock Prices," *Financial Analyst Journal*, (July-August 1991), 60-63.

**STUDIES ON *BVU ONLINE***

**Management Planning conducted a study on restricted stock transactions from 1980-1995. The study was published in Chapter 12 of Quantifying Marketability Discounts, by Z. Christopher Mercer CFA, ASA. See our Editors Column in the October '97 issue of BVU. Both this study and the restricted stock portion of the SEC Institutional Investor Study will soon be available on Business Valuation Update Online.**

*Shannon Pratt's* BUSINESS VALUATION UPDATE

**Publisher & Editor in Chief:** Shannon Pratt
**Operations Manager:** Chad Phillips
**Legal and Court Case Editor:** Linda Kruschke
**Data and Publications Editor:** Cary Carruthers
**Production Manager:** Michael Thomas
**Marketing Manager:** Jenny Tallis-Grow
**Customer Service Manager:** Vanesa Pancic

"Shannon Pratt's Business Valuation Update" (ISSN 1088-4882) is published monthly by Business Valuation Resources, L.L.C., for $139 a year. Please call or write for multiple-subscription rates.

Periodicals postage paid at Portland, Oregon. POSTMASTER: Send address changes to Business Valuation Resources, L.L.C., 7412 S.W. Beaverton-Hillsdale Hwy., Suite 106, Portland, OR 97225, phone (503) 291-7963 or (888) 287-8258, fax (503) 291-7955, email: shannonp@transport.com, Web page: www.bvupdate.com. Editorial office and subscription requests should go to the above address.

Copyright 1999, Business Valuation Resources, L.L.C. (BVR). All rights reserved. No part of this newsletter may be reproduced without express written consent from BVR.



GF0698

## Restricted stock discounts

ined; the total transaction value and number of shares sold were also compiled. This information was then examined in order to determine what factors impact the discount for lack of marketability.

The impact of the profitability of a business was first examined. As shown below, the average discount for lack of marketability was 16% when the company reported positive earnings, compared to 23% when the company reported a loss for the current year. The same spread in the average discount was observed when the prior year's net income was examined.

To determine if larger companies have lower discounts, the information was sorted by sales. The median annual sales of the companies examined was $12.7 million. As can be seen, the average discount was 18% for companies with sales greater than $12.7 million, versus 22% for smaller companies. The size of the transaction in dollars also appears to affect the size of the discount. The median transaction amount for the companies examined was $8.3 million. When transactions were greater than $8.3 million, the discount was 16%, versus 25% for smaller transactions.

| | AVERAGE | STD DEV |
|---|---|---|
| **Sorted by Current Year Net Income** | | |
| Positive Net Income | 16% | 12% |
| Negative Net Income | 23% | 17% |
| **Sorted by Previous Year Net Income** | | |
| Positive Net Income | 16% | 13% |
| Negative Net Income | 23% | 17% |
| **Sorted by Sales Current Year** | | |
| Greater than $12.7 million | 18% | 14% |
| Less than $12.7 million | 22% | 17% |
| **Sorted by Transaction Value** | | |
| Greater than $8.3 million | 16% | 14% |
| Less than $8.3 million | 25% | 16% |

Generally, the result of the analysis indicated that the discount for lack of marketability was related to factors that affect the risk of an investment. The riskier the investment, the higher the discount for lack of marketability.

Approximately 10% of the restricted stock transactions were comprised of bank and real estate investment trust (REIT) companies. The discounts for these transactions tended to be much less than the average. Eliminating the bank and REIT transactions from the analysis increased the overall discount from 20% to 22%. The discount for the restricted stock transactions with positive net income increased to 19%, whereas the purchase of restricted stocks with negative income had an average discount of 23%.

| | Avg. | Std. Dev. |
|---|---|---|
| **Eliminated Banks & REITs** | | |
| Overall | 22% | 16% |
| Positive Net Income | 19% | 12% |
| Negative Net Income | 23% | 17% |

The reason the discount for lack of marketability is lower for banks and REITs may be because these businesses are asset-based and comparatively more stable.

It is important to note that the stocks examined in this study were only restricted for two years. Ordinarily, a privately held business is a nonmarketable interest with no expectations of being publicly traded in the future. Therefore, when determining the discount applicable for a privately held business based on this information, if there is no expectation for the privately held business to make a public offering or to be sold in the near future, a business valuation expert should select a higher discount.

### Conclusion

Past studies of discounts for lack of control using restricted stock transactions have yielded an average discount ranging from 23% to 45%. Using more recent data, the discounts found in public market transactions are lower and approximate 20%. However, the range of discounts experienced is comparable to those found in the previous studies. The consistently broad range of discounts observed indicates that there are several factors which may influence the discount for lack of marketability, and the application of the average discount from a published study to a specific valuation is generally difficult to support.

Consequently, an appraiser should consider some of the factors that influence the magnitude of the discount which include profitability, size, holding period and transaction amount. To objectively support the discount for lack of marketability, it is important not only to identify the risks of holding a security for an indefinite period of time, but to determine if applying the discount raises the return of the investment to a level sufficient to compensate an investor for buying the nonmarketable interest.

*Bruce A. Johnson, ASA is an accredited senior appraiser and shareholder in the business valuation firm of Munroe, Park & Johnson, Inc. in San Antonio, Texas.* **BVU**

# COST OF CAPITAL

## ARTICLE

**Vander Linden, Eric, "Cost of Capital Derived from Ibbotson Data Equals Minority Value?"** *Business Valuation Review*, December 1998, pp. 123-127.

The debate rages on. Valuation professionals and others have disagreed for years about whether Ibbotson data produces minority or controlling values. Many experts believe the resulting values are minority values because the information is gleaned from trades in the public equity markets. They believe that adjustments made for control are made in the forecasted cash flows of the subject company, not in the discount rate.

Vander Linden argues that financial theory and empirical evidence support the idea that Ibbotson data almost always result in a control value. While it is true that Ibbotson data are derived from the public markets, these companies trade on active markets and the investor has complete control over the investment. Dividends are paid directly and the investor has the ability to quickly sell and reinvest in an alternative investment. **BVU**

## COST OF CAPITAL

| Treasury yields (2/16/99)[2] | | Equity risk premium[1] Arithmetic | Geometric |
|---|---|---|---|
| 30-day: | 4.41% | 9.2% | 7.3% |
| 5-year: | 4.96% | 8.2% | 6.3% |
| 20-year: | 5.69% | 7.8% | 5.8% |

Small stock premium (<$261 mil. mkt. cap)[1] 3.3%

10th-decile-size prem. (<$130.4 mil. mkt. cap)[1] 5.36%

Prime lending rate:[3] 7.75%

Dow Jones 20-bond yield:[3] 6.62%

Barron's intermediate-grade bonds:[3] 7.00%

High yield estimate:[2]

Mean 9.29% Median 9.04%

Dow Jones Industrials P/E ratios:[3]

| Current earnings: 23.8 | On '98 operating earnings est.: 23.3 | On '99 operating earnings est.: 20.3 |
|---|---|---|

Long-term inflation estimate:[4] 2.10%

[1] Computed using data from *Stocks, Bonds, Bills, and Inflation 1998 Yearbook*™ (Chicago: Ibbotson Associates, 1998, annual updates work by Roger G. Ibbotson and Rex Sinquefield). Used with permission. All rights reserved. **We highly recommend that analysts using Ibbotson data for cost of capital have the current year's book and thoroughly understand the derivation of the numbers used.**

[2] *Wall Street Journal*, Feb. 16, 1999, computations by *BVU*.

[3] *Barron's*, Feb. 15, 1999

[4] Federal Reserve Bank of Philadelphia, *Livingston Survey*, June 1998



GF0699