# ATTACHMENT K

# American Society of Appraisers
in cooperation with
# The Appraisal Foundation

## ASA Business Valuation Standards
and portions of
## Uniform Standards of Professional Appraisal Practice (USPAP)

This brochure contains the ASA Business Valuation Standards (ASA/BVS) and for your information, portions of the Uniform Standards of Professional Appraisal Practice (USPAP) of The Appraisal Foundation.

USPAP in its entirety includes other standards as well as statements on standards and accompanying advisory opinions which are not included here. Business valuation practitioners and reviewers should be familiar with all parts of USPAP.

ASA/BVS include:

- Preamble
- General Requirements for Developing A Business Valuation
- Financial Statement Adjustments
- Asset-Based Approach to Business Valuation
- Income Approach to Business Valuation
- Market Approach to Business Valuation
- Reaching a Conclusion of Value
- Valuation Discounts and Premiums
- Comprehensive, Written Business Valuation Report
- Definitions
- The Guideline Company Valuation Method
- Financial Consulting and Advisory Services

USPAP portions include:

- Preamble
- Ethics Provision
- Competency Provision
- Departure Provision
- Jurisdictional Exception
- Supplemental Standards Statement
- Appraisal Standard 3
- Appraisal Standard 9
- Appraisal Standard 10
- Certain definitions

All USPAP material is copyrighted by The Appraisal Foundation and is updated annually as of January 1. The 1997 edition of USPAP has been used in this brochure. USPAP in its entirety can be obtained for $25 from The Appraisal Foundation. Address: 1029 Vermont Ave., N.W., Suite 900, Washington, D.C. 20005-3517; Phone (202) 347-7722; Fax (202) 347-7727.

All ASA-Business Valuation Standards are copyrighted by the American Society of Appraisers, and are updated periodically to make appropriate changes and corrections, and to add new standards.

This material is printed together with the consent of the American Society of Appraisers and The Appraisal Foundation.

This edition was first printed September 1997.

# American Society of Appraisers

## Business Valuation Standards©

This release of the approved Business Valuation Standards of the American Society of Appraisers contains all standards approved through January 23, 1997, and are to be used in conjunction with the Uniform Standards of Professional Appraisal Practice (USPAP) of The Appraisal Foundation and the Principles of Appraisal Practice and Code of Ethics of the American Society of Appraisers.

It contains the following sections, with the effective approval date of each:


| Item | Title | Effective Date | Page |
|---|---|---|---|
| PREAMBLE | | September 1992<br>Revised January 1994 | 3 |
| BUSINESS VALUATION STANDARDS | | | |
| BVS-I | General Requirements For Developing A Business Valuation | January 1992<br>Revised June 1993<br>Revised January 1994<br>Revised January 1996 | 4 |
| BVS-II | Financial Statement Adjustments | September 1992<br>Revised January 1994 | 7 |
| BVS-III | Asset-Based Approach to Business Valuation | January 1992<br>Revised January 1994 | 8 |
| BVS-IV | Income Approach to Business Valuation | September 1992<br>Revised January 1994 | 9 |
| BVS-V | Market Approach to Business Valuation | September 1992<br>Revised January 1994 | 11 |
| BVS-VI | Reaching a Conclusion of Value | September 1992<br>Revised January 1994 | 13 |
| BVS-VII | Valuation Discounts and Premiums | January 1996 | 15 |
| BVS-VIII | Comprehensive, Written Business Valuation Report | June 1991<br>Revised January 1994 | 16 |
| DEFINITIONS | | January 1989<br>Revised September 1992<br>Revised June 1993<br>Revised January 1994 | 19 |
| STATEMENTS ON BUSINESS VALUATION STANDARDS | | | |
| SBVS-1 | The Guideline Company Valuation Method | January 1992<br>Revised January 1994 | 22 |
| PROCEDURAL GUIDELINES AND/OR ADVISORY OPINIONS | | | |
| Advisory Opinion No. 1–Financial Consultation and Advisory Services | | February 1997 | 24 |


Copyright, © 1992, 1993, 1994, 1995, 1997—American Society of Appraisers



GF0763

# AMERICAN SOCIETY OF APPRAISERS
## Business Valuation Standards

## BVS-I General Requirements For Developing A Business Valuation©

### I. Preamble

A. This standard is required to be followed in all valuations of businesses, business ownership interests, and securities by all members of the American Society of Appraisers, be they Candidates, Accredited Members (AM), Accredited Senior Appraisers (ASA), or Fellows (FASA).

B. The purpose of this standard is to define and describe the general requirements for developing the valuation of businesses, business ownership interests, or securities.

C. This standard incorporates the general preamble to the Business Valuation Standards of the American Society of Appraisers.

### II. The Valuation Assignment shall be Appropriately Defined

A. In developing a business valuation, an appraiser must identify and define the following:

1. The business, business ownership interest, or security to be valued
2. The effective date of the appraisal
3. The standard of value
4. The purpose and use of the valuation

B. The nature and scope of the assignment must be defined. Acceptable scopes of work would generally be of three types as delineated below. Other scopes of work should be explained and described.

1. Appraisal

a. The objective of an appraisal is to express an unambiguous opinion as to the value of the business, business ownership interest, or security, which is supported by all procedures that the appraiser deems to be relevant to the valuation.

b. An appraisal has the following qualities:

(1) It is expressed as a single dollar amount or as a range.

(2) It considers all relevant information as of the appraisal date available to the appraiser at the time of performance of the valuation.

(3) The appraiser conducts appropriate procedures to collect and analyze all information expected to be relevant to the valuation.

(4) The valuation is based upon consideration of all conceptual approaches deemed to be relevant by the appraiser.

2. Limited Appraisal

a. The objective of a limited appraisal is to express an estimate as to the value of a business, business ownership interest, or security, which lacks the performance of additional procedures that are required in an appraisal.

b. A limited appraisal has the following qualities:

(1) It is expressed as a single dollar amount or as a range.

(2) It is based upon consideration of limited relevant information.

(3) The appraiser conducts only limited procedures to collect and analyze the

information which such appraiser considers necessary to support the conclusion presented.

(4) The valuation is based upon the conceptual approach(es) deemed by the appraiser to be most appropriate.

3. Calculations

a. The objective of calculations is to provide an approximate indication of value based upon the performance of limited procedures agreed upon by the appraiser and the client.

b. Calculations have the following qualities:

(1) They may be expressed as a single dollar amount or as a range.

(2) They may be based upon consideration of only limited relevant information.

(3) The appraiser performs limited information collection and analysis procedures.

(4) The calculations may be based upon conceptual approaches as agreed upon with the client.

## III. Information Collection and Analysis

The appraiser shall gather, analyze, and adjust relevant information to perform the valuation as appropriate to the scope of work. Such information shall include the following:

A. Characteristics of the business, business ownership interest or security to be valued including rights, privileges and conditions, quantity, factors affecting control and agreements restricting sale or transfer.

B. Nature, history and outlook of the business.

C. Historical financial information for the business.

D. Assets and liabilities of the business.

E. Nature and conditions of the relevant industries which have an impact on the business.

F. Economic factors affecting the business.

G. Capital markets providing relevant information, e.g. available rates of return on alternative investments, relevant public stock transactions, and relevant mergers and acquisitions.

H. Prior transactions involving subject business, interest in the subject business, or its securities.

I. Other information deemed by the appraiser to be relevant.

## IV. Approaches, Methods, and Procedures

A. The appraiser shall select and apply appropriate valuation approaches, methods, and procedures.

B. The appraiser shall develop a conclusion of value pursuant to the valuation assignment as defined, considering the relevant valuation approaches, methods, and procedures, and appropriate premiums and discounts, if any.

## V. Documentation and Retention.

The appraiser shall appropriately document and retain all information and work product that were relied on in reaching the conclusion.

## VI. Reporting

The appraiser shall report to the client the conclusion of value in an appropriate written or oral

format. Other than preliminary communications of results to a client, reporting on valuation calculations, or reporting on engagements that do not result in conclusions of value, the report must meet the requirements of Standard 10 of The Uniform Standards of Professional Appraisal Practice. In the event the assignment results in a comprehensive written report, the report shall meet the requirements of BVS-VIII.

Copyright, © 1992, 1994, 1996—American Society of Appraisers

# AMERICAN SOCIETY OF APPRAISERS
## Business Valuation Standards

## BVS-II Financial Statement Adjustments©

### I. Preamble

A. This standard is required to be followed in all valuations of businesses, business ownership interests, and securities by all members of the American Society of Appraisers, be they Candidates, Accredited Members (AM), Accredited Senior Appraisers (ASA), or Fellows (FASA).

B. The purpose of this standard is to define and describe the requirements for making financial statement adjustments in valuation of businesses, business ownership interests, and securities.

C. This present standard is applicable to appraisals and may not necessarily be applicable to limited appraisals and calculations as defined in BVS-I, Section II.B.

D. This standard incorporates the general preamble to the Business Valuation Standards of the American Society of Appraisers.

### II. Conceptual Framework

A. Financial statements should be analyzed and, if appropriate, adjusted as a procedure in the valuation process. Financial statements to be analyzed include those of the subject entity and any entities used as guideline companies.

B. Financial statement adjustments are modifications to reported financial information that are relevant and significant to the appraisal process. Adjustments may be necessary in order to make the financial statements more meaningful for the appraisal process. Adjustments may be appropriate for the following reasons, among others: (1) To present financial data of the subject and guideline companies on a consistent basis; (2) To adjust from reported values to current values; (3) To adjust revenues and expenses to levels which are reasonably representative of continuing results; and (4) To adjust for non-operating assets and liabilities and the related revenue and expenses.

C. Financial statement adjustments are made for the purpose of assisting the appraiser in reaching a valuation conclusion and for no other purpose.

### III. Documentation of Adjustments

Adjustments made should be fully described and supported.

Copyright, © 1992, 1994—American Society of Appraisers

# AMERICAN SOCIETY OF APPRAISERS
## Business Valuation Standards

## BVS-III Asset-Based Approach to Business Valuation©

**I. Preamble**

A. This standard is required to be followed in all valuations of businesses, business ownership interests, and securities by all members of the American Society of Appraisers, be they candidates, Accredited Members (AM), Accredited Senior Appraisers (ASA), or Fellows (FASA).

B. The purpose of this standard is to define and describe the requirements for the use of the Asset-Based Approach to business valuation and the circumstances in which it is appropriate.

C. This present standard is applicable to appraisals and may not necessarily be applicable to limited appraisals and calculations as defined in BVS-I, Section II.B.

D. This standard incorporates the general preamble to the Business Valuation Standards of the American Society of Appraisers.

**II. The Asset Based Approach**

A. In business valuation the Asset-Based Approach may be analogous to the Cost Approach of other disciplines.

B. Assets, liabilities and equity relate to a business that is an operating company, a holding company, or a combination thereof (mixed business).

1. An operating company is a business which conducts an economic activity by generating and selling, or trading, in a product or service.
2. A holding company is a business which derives its revenues by receiving returns on its assets which may include operating companies and/or other businesses.

C. The Asset-Based Approach should be considered in valuations conducted at the total entity level and involving the following:

1. An investment or real estate holding company
2. A business appraised on a basis other than as a going concern.

Valuations of particular ownership interests in an entity may or may not require the use of the Asset-Based Approach.

D. The Asset-Based Approach should not be the sole appraisal approach used in assignments relating to operating companies appraised as going concerns unless it is customarily used by sellers and buyers. In such cases, the appraiser must support the selection of this approach.

Copyright, © 1992, 1994—American Society of Appraisers

# AMERICAN SOCIETY OF APPRAISERS
## Business Valuation Standards

## BVS-IV Income Approach to Business Valuation©

### I. Preamble

A. This standard is required to be followed in all valuations of businesses, business ownership interests, and securities by all members of the American Society of Appraisers, be they Candidates, Accredited Members (AM), Accredited Senior Appraisers (ASA), or Fellows (FASA).

B. The purpose of this standard is to define and describe the requirements for use of the income approach in valuation of businesses, business ownership interests, and securities, but not the reporting therefor.

C. This present standard is applicable to appraisals and may not necessarily be applicable to limited appraisals and calculations as defined in BVS-I, Section II.B.

D. This standard incorporates the general preamble to the Business Valuation Standards of the American Society of Appraisers.

### II. The Income Approach

A. The income approach is a general way of determining a value indication of a business, business ownership interest or security using one or more methods wherein a value is determined by converting anticipated benefits.

B. Both capitalization of benefits methods and discounted future benefits methods are acceptable. In capitalization of benefits methods, a representative benefit level is divided or multiplied by a capitalization factor to convert the benefit to value. In discounted future benefits methods, benefits are estimated for each of several future periods. These benefits are converted to value by the application of a discount rate using present value techniques.

### III. Anticipated Benefits

A. Anticipated benefits, as used in the income approach, are expressed in monetary terms. Depending on the nature of the business, business ownership interest or security being appraised and other relevant factors, anticipated benefits may be reasonably represented by such items as net cash flow, dividends, and various forms of earnings.

B. Anticipated benefits should be estimated considering such items as the nature, capital structure, and historical performance of the related business entity, expected future outlook for the business entity and relevant industries, and relevant economic factors.

### IV. Conversion of Anticipated Benefit

A. Anticipated benefits are converted to value using procedures which consider the expected growth and timing of the benefits, the risk profile of the benefits stream and the time value of money.

B. The conversion of anticipated benefits to value normally requires the determination of a capitalization rate or discount rate. In determining the appropriate rate, the appraiser should consider such factors as the level of interest rates, rates of return expected by investors on relevant investments, and the risk characteristics of the anticipated benefits.

C. In discounted future benefits methods, expected growth is considered in estimating the

future stream of benefits. In capitalization of benefits methods, expected growth is incorporated in the capitalization rate.

D. The rate of return used (capitalization rate or discount rate) should be consistent with the type of anticipated benefits used. For example, pre-tax rates of return should be used with pre-tax benefits; common equity rates of return should be used with common equity benefits; and net cash flow rates should be used with net cash flow benefits.

Copyright, © 1992, 1994—American Society of Appraisers

# AMERICAN SOCIETY OF APPRAISERS
## Business Valuation Standards

## BVS-V Market Approach to Business Valuation©

### I. Preamble

A. This standard is required to be followed in all valuations of businesses, business ownership interests, and securities by all members of the American Society of Appraisers, be they Candidates, Accredited Members (AM), Accredited Senior Appraisers (ASA), or Fellows (FASA).

B. The purpose of this standard is to define and describe the requirements for use of the market approach in valuation of businesses, business ownership interests, and securities, but not the reporting therefor.

C. This present standard is applicable to appraisals and may not necessarily be applicable to limited appraisals and calculations as defined in BVS-I, Section II.B.

D. This standard incorporates the general preamble to the Business Valuation Standards of the American Society of Appraisers.

### II. The Market Approach

A. The market approach is a general way of determining a value indication of a business, business ownership interest or security using one or more methods that compare the subject to similar businesses, business ownership interests and securities that have been sold.

B. Examples of market approach methods include the Guideline Company method and analysis of prior transactions in the ownership of the subject company.

### III. Reasonable Basis for Comparison

A. The investment used for comparison must provide a reasonable basis for the comparison.

B. Factors to be considered in judging whether a reasonable basis for comparison exists include:

1. Sufficient similarity of qualitative and quantitative investment characteristics.
2. Amount and verifiability of data known about the similar investment.
3. Whether or not the price of the similar investment was obtained in an arms length transaction, or a forced or distress sale.

### IV. Manner of Comparison

A. The comparison must be made in a meaningful manner and must not be misleading. Such comparisons are normally made through the use of valuation ratios. The computation and use of such ratios should provide meaningful insight about the pricing of the subject considering all relevant factors. Accordingly, care should be exercised in the following:

1. Selection of underlying data used for the ratio.
2. Selection of the time period and/or averaging method used for the underlying data.
3. Manner of computing and comparing the subject's underlying data.
4. The timing of the price data used in the ratio.

B. In general, comparisons should be made using comparable definitions of the components



GF0771

of the valuation ratios. However, where appropriate, valuation ratios based on components which are reasonably representative of continuing results may be used.

## V. Rules of Thumb

A. Rules of thumb may provide insight on the value of a business, business ownership interest or security. However, value indications derived from the use of rules of thumb should not be given substantial weight unless supported by other valuation methods and it can be established that knowledgeable buyers and sellers place substantial reliance on them.

Copyright, © 1992, 1994—American Society of Appraisers

# AMERICAN SOCIETY OF APPRAISERS
## Business Valuation Standards

## BVS-VI Reaching a Conclusion of Value©

### I. Preamble

A. This standard is required to be followed in all valuations of businesses, business ownership interests, and securities by all members of the American Society of Appraisers, be they Candidates, Accredited Members (AM), Accredited Senior Appraisers (ASA), or Fellows (FASA).

B. The purpose of this standard is to define and describe the requirements for reaching a final conclusion of value in valuation of businesses, business ownership interests, or securities.

C. This present standard is applicable to appraisals and may not necessarily be applicable to limited appraisals and calculations as defined in BVS-I, Section II.B.

D. This standard incorporates the general preamble to the Business Valuation Standards of the American Society of Appraisers.

### II. General

A. The conclusion of value reached by the appraiser shall be based upon the applicable standard of value, the purpose and intended use of the valuation, and all relevant information obtained as of the appraisal date in carrying out the scope of the assignment.

B. The conclusion of value reached by the appraiser will be based on value indications resulting from one or more methods performed under one or more appraisal approaches.

### III. Selection and Weighing of Methods

A. The selection of and reliance on the appropriate method and procedures depends on the judgment of the appraiser and not on the basis of any prescribed formula. One or more approaches may not be relevant to the particular situation. More than one method under an approach may be relevant to a particular situation.

B. The appraiser must use informed judgment when determining the relative weight to be accorded to indications of value reached on the basis of various methods or whether an indication of value from a single method should dominate. The appraiser's judgment may be presented either in general terms or in terms of mathematical weighting of the indicated values reflected in the conclusion. In any case, the appraiser should provide the rationale for the selection or weighting of the method or methods relied on in reaching the conclusion.

C. In formulating a judgment about the relative weights to be accorded to indications of value determined under each method or whether an indication of value from a single method should dominate, the appraiser should consider factors such as:

1. The applicable standard of value;
2. The purpose and intended use of the valuation;
3. Whether the subject is an operating company, a real estate or investment holding company, or a company with substantial non-operating or excess assets;
4. Quality and reliability of data underlying the indication of value;
5. Such other factors which, in the opinion of the appraiser, are appropriate for consideration.

## IV. Additional Factors to Consider

As appropriate for the valuation assignment as defined, and if not considered in the process of determining and weighting the indications of value provided by various procedures, the appraiser should separately consider the following factors in reaching a final conclusion of value:

A. Marketability, or lack thereof, considering the nature of the business, business ownership interest or security, the effect of relevant contractual and legal restrictions, and the condition of the markets.

B. Ability of the appraised interest to control the operation, sale, or liquidation of the relevant business.

C. Such other factors which, in the opinion of the appraiser, are appropriate for consideration.

Copyright, © 1992, 1994—American Society of Appraisers

# AMERICAN SOCIETY OF APPRAISERS
## Business Valuation Standards

## BVS-VII Valuation Discounts and Premiums©

### I. Preamble

A. This standard is required to be followed in all valuations of businesses, business ownership interests, and securities by all members of the American Society of Appraisers, be they Candidates, Accredited Members (AM), Accredited Senior Appraisers (ASA), or Fellows (FASA).

B. The purpose of this standard is to define and describe the requirements for use of discounts and premiums in the valuation of businesses, business ownership interests, or securities whenever they are applied.

C. This standard incorporates the general preamble to the Business Valuation Standards of the American Society of Appraisers.

D. This standard is applicable to appraisals and may not necessarily be applicable to limited appraisals and calculations as defined in BVS-I, Section II.B.

E. This standard applies at any time in the valuation process, whether within a method, to the value indicated by a valuation method, or to the result of weighing or correlating methods.

### II. The Concept of Discounts and Premiums

A. A discount has no meaning until the conceptual basis underlying the value to which it is applied is defined.

B. A premium has no meaning until the conceptual basis underlying the value to which it is applied is defined.

C. A discount or premium is warranted when characteristics affecting the value of the subject interest differ sufficiently from those inherent in the base value to which it is applied.

D. A premium or discount quantifies an adjustment to account for differences in characteristics affecting the value of the subject interest relative to the base value to which it is being compared.

### III. The Application of Discounts and Premiums

A. The purpose, applicable standard of value, or other circumstances of an appraisal may indicate the need to account for differences between the base value and the value of the subject interest. If so, appropriate discounts or premiums should be applied.

B. The base value to which the discount or premium is applied must be specified and defined.

C. Each discount or premium to be applied to the base value must be defined.

D. The primary reasons why each discount or premium selected applies to the appraised interest must be stated.

E. The evidence considered in deriving the discount or premium must be specified.

F. The appraiser's reasoning in arriving at a conclusion regarding the size of any discount or premium applied must be explained.

Copyright, © 1996—American Society of Appraisers



GF0775

# AMERICAN SOCIETY OF APPRAISERS
## Business Valuation Standards

## BVS-VIII Comprehensive, Written Business Valuation Report©

### I. Preamble

A. This standard is required to be followed in the preparation of comprehensive, written business valuation reports by all members of the American Society of Appraisers, be they Candidates, Accredited Members (AM), Accredited Senior Appraisers (ASA), or Fellows (FASA).

B. The purpose of this standard is to define and describe the requirements for the written communication of the results of a business valuation, analysis or opinion, but not the conduct thereof.

C. This standard incorporates the general preamble to the Business Valuation Standards of the American Society of Appraisers.

### II. Signature and Certification

A. An appraiser assumes responsibility for the statements made in the comprehensive, written report and indicates the acceptance of that responsibility by signing the report. To comply with this standard, a comprehensive, written report must be signed by the appraiser. For the purpose of this standard, the appraiser is the individual or entity undertaking the appraisal assignment under a contract with the client.

B. Clearly, at least one individual is responsible for the valuation conclusion(s) expressed in the report. A report must contain a certification, as required by Standard 10 of the Uniform Standards of Professional Appraisal Practice of The Appraisal Foundation, in which the individuals responsible for the valuation conclusion(s) must be identified.

### III. Assumptions and Limiting Conditions

The following assumptions and/or limiting conditions must be stated:

1. Pertaining to bias – a report must contain a statement that the appraiser has no interest in the asset appraised, or other conflict, which could cause a question as to the appraiser's independence or objectivity or if such an interest or conflict exists, it must be disclosed.
2. Pertaining to data used – where appropriate, a report must indicate that an appraiser relied on data supplied by others, without further verification by the appraiser, as well as the sources which were relied on.
3. Pertaining to validity of the valuation – a report must contain a statement that a valuation is valid only for the valuation date indicated and for the purpose stated.

### IV. Definition of the Valuation Assignment

The precise definition of the valuation assignment is a key aspect of communication with users of the report. The following are key components of such a definition and must be included in the report:

1. The business interest valued must be clearly defined, such as "100 shares of the Class A common stock of the XYZ Corporation" or "a 20% limited partnership interest in the ABC Limited Partnership." The existence, rights and/or restrictions of other classes of



GF0776

ownership in the business appraised must also be adequately described if they are relevant to the conclusion of value.

2. The purpose and use of the valuation must be clearly stated, such as "a determination of fair market value for ESOP purposes" or "a determination of fair value for dissenter's rights purposes." If a valuation is being done pursuant to a particular statute, the particular statute must be referenced.
3. The standard of value used in the valuation must be stated and defined. The premise of value, such as a valuation on a minority interest or a control basis, must be stated.
4. The appraisal date must be clearly defined. The date of the preparation of the report must be indicated.

## V. Business Description

A comprehensive, written business valuation report must include a business description which covers all relevant factual areas, such as:

1. Form of organization (corporation, partnership, etc.)
2. History
3. Products and/or services and markets and customers
4. Management
5. Major assets, both tangible and intangible
6. Outlook for the economy, industry and company
7. Past transactional evidence of value
8. Sensitivity to seasonal or cyclical factors
9. Competition
10. Sources of information used

## VI. Financial Analysis

A. An analysis and discussion of a firm's financial statements is an integral part of a business valuation and must be included. Exhibits summarizing balance sheets and income statements for a period of years sufficient to the purpose of the valuation and the nature of the subject company must be included in the valuation report.

B. Any adjustments made to the reported financial data must be fully explained.

C. If projections of balance sheets or income statements were utilized in the valuation, key assumptions underlying the projections must be included and discussed.

D. If appropriate, the company's financial results relative to those of its industry must be discussed.

## VII. Valuation Methodology

A. The valuation method or methods selected, and the reasons for their selection, must be discussed. The steps followed in the application of the method or methods selected must be described and must lead to the valuation conclusion.

B. The report must include an explanation of how any variables such as discount rates, capitalization rates or valuation multiples were determined and used. The rationale and/or supporting data for any premiums or discounts must be clearly presented.

## VIII. Comprehensive, Written Report Format

The comprehensive, written report format must provide a logical progression for clear communication of pertinent information, valuation methods and conclusions and must incorporate the other specific requirements of this standard, including the signature and certification provisions.

## IX. Confidentiality of Report

No copies of the report will be furnished to persons other than the client without the client's specific permission or direction unless ordered by a court of competent jurisdiction.

Copyright, © 1991, 1994, 1996—American Society of Appraisers

# AMERICAN SOCIETY OF APPRAISERS
## Business Valuation Standards

### Definitions©

| | |
|---|---|
| ADJUSTED BOOK VALUE | —The book value which results after one or more asset or liability amounts are added, deleted or changed from the respective book amounts. |
| APPRAISAL | —The act or process of determining value. It is synonymous with valuation. |
| APPRAISAL APPROACH | —A general way of determining value using one or more specific appraisal methods. (See Asset Based Approach, Market Approach and Income Approach definitions). |
| APPRAISAL METHOD | —Within approaches, a specific way to determine value. |
| APPRAISAL PROCEDURE | —The act, manner and technique of performing the steps of an appraisal method. |
| APPRAISED VALUE | —The appraiser's opinion or determination of value. |
| ASSET BASED APPROACH | —A general way of determining a value indication of a business's assets and/or equity interest using one or more methods based directly on the value of the assets of the business less liabilities. |
| BOOK VALUE | —1. With respect to assets, the capitalized cost of an asset less accumulated depreciation, depletion or amortization as it appears on the books of account of the enterprise.<br>2. With respect to a business enterprise, the difference between total assets (net of depreciation, depletion and amortization) and total liabilities of an enterprise as they appear on the balance sheet. It is synonymous with net book value, net worth and shareholder's equity. |
| BUSINESS APPRAISER | —A person, who by education, training and experience is qualified to make an appraisal of a business enterprise and/or its intangible assets. |
| BUSINESS ENTERPRISE | —A commercial, industrial or service organization pursuing an economic activity. |
| BUSINESS VALUATION | —The act or process of arriving at an opinion or determination of the value of a business or enterprise or an interest therein. |
| CAPITALIZATION | —1. The conversion of income into value.<br>2. The capital structure of a business enterprise.<br>3. The recognition of an expenditure as a capital asset rather than a period expense. |
| CAPITALIZATION FACTOR | —Any multiple or divisor used to convert income into value. |



GF0779

| | |
|---|---|
| CAPITALIZATION RATE | —Any divisor (usually expressed as a percentage) that is used to convert income into value. |
| CAPITAL STRUCTURE | —The composition of the invested capital. |
| CASH FLOW | —Net income plus depreciation and other non-cash charges. |
| CONTROL | —The power to direct the management and policies of an enterprise. |
| CONTROL PREMIUM | —The additional value inherent in the control interest as contrasted to a minority interest, that reflects its power of control. |
| DISCOUNT FOR LACK OF CONTROL: | —An amount or percentage deducted from a prorata share of the value of 100 percent of an equity interest in a business, to reflect the absence of some or all of the powers of control. |
| DISCOUNT RATE | —A rate of return used to convert a monetary sum, payable or receivable in the future, into present value. |
| ECONOMIC LIFE | —The period over which property may be profitably used. |
| EFFECTIVE DATE | —The date as of which the appraiser's opinion of value applies (Also referred to as Appraisal Date, Valuation Date and/or As Of Date). |
| ENTERPRISE | —See BUSINESS ENTERPRISE. |
| EQUITY | —The owner's interest in property after deduction of all liabilities. |
| FAIR MARKET VALUE | —The amount at which property would change hands between a willing seller and a willing buyer when neither is under compulsion and when both have reasonable knowledge of the relevant facts. |
| GOING CONCERN | —An operating business enterprise. |
| GOING CONCERN VALUE | —1. The value of an enterprise, or an interest therein, as a going concern.<br>2. Intangible elements of value in a business enterprise resulting from factors such as: having a trained work force; an operational plant; and the necessary licenses, systems and procedures in place. |
| GOODWILL | —That intangible asset which arises as a result of name, reputation, customer patronage, location, products and similar factors that have not been separately identified and/or valued but which generate economic benefits. |
| INCOME APPROACH | —A general way of determining a value indication of a business, business ownership interest or security using one or more methods wherein a value is determined by converting anticipated benefits. |
| INVESTED CAPITAL | —The sum of the debt and equity in an enterprise on a long term basis. |
| MAJORITY INTEREST | —Ownership position greater than 50% of the voting interest in an enterprise. |



GF0780

| | |
|---|---|
| MAJORITY CONTROL | —The degree of control provided by a majority position. |
| MARKET APPROACH | —A general way of determining a value indication of a business, business ownership interest or security using one or more methods that compare the subject to similar businesses, business ownership interests or securities that have been sold. |
| MARKETABILITY DISCOUNT | —An amount or percentage deducted from an equity interest to reflect lack of marketability. |
| MINORITY INTEREST | —Ownership position less than 50% of the voting interest in an enterprise. |
| MINORITY DISCOUNT | —A Discount for Lack of Control applicable to a minority interest. |
| NET ASSETS | —Total assets less total liabilities. |
| NET INCOME | —Revenue less expenses, including taxes. |
| RATE OF RETURN | —An amount of income (loss) and/or change in value realized or anticipated on an investment, expressed as a percentage of that investment. |
| REPLACEMENT COST NEW | —The current cost of a similar new item having the nearest equivalent utility as item being appraised. |
| REPORT DATE | —The date of the report. May be the same as or different from the APPRAISAL DATE. |
| REPRODUCTION COST NEW | —The current cost of an identical new item. |
| RULE OF THUMB | —A mathematical relationship between or among a number of variables based on experience, observation, hearsay or a combination of these, usually applicable to a specific industry. |
| VALUATION | —See APPRAISAL. |
| VALUATION RATIO | —A factor wherein a value or price serves as the numerator and financial, operating or physical data serve as the denominator. |
| WORKING CAPITAL | —The amount by which current assets exceed current liabilities. |

Copyright, © 1989, 1994—American Society of Appraisers