# ATTACHMENT L

**LEWIS OLDS & ASSOCIATES**

Business Appraisers • Financial Consultants

November 5, 2003

Mr. David Dalton
Appraisal Program Manager
Internal Revenue Service
1220 SW Third Avenue, Room 661
Portland, OR 97204

**Re: IRS Order No. TIRWR-03-D-00002 Call No. 2**
**Gisele C. Fisher - Re: D.R. Fisher Company**
**Appraisal Review Comments - Corporate Advisory Associates**
**Minority Common Stock Interest As of March 10, 2000**

Dear Mr. Dalton:

You have asked me to perform a review of an appraisal report prepared by Mr. Tony Leung of Corporate Advisory Associates, Inc. (CAA). Mr. Leung prepared a report on the *fair market value*, as of March 10, 2000, of a minority common stock interest in D.R. Fisher Company ("DRF" or "the Company"). The report was intended for gift tax reporting purposes.

The purpose of my review is to advise you of the reasonableness and appropriateness of CAA's appraisal report and the underlying support for their opinions. I understand that my comments may be used in determining additional gift taxes payable, if any, by Gisele C. Fisher, who made gifts of stock in DRF to various family members on March 10, 2000.

*Fair market value* is defined as the price at which property would change hands between a willing seller and a willing buyer, neither under compulsion to buy or sell, and both having knowledge of relevant facts. This standard assumes a cash or cash equivalent sale.

I have prepared this appraisal review report using standard valuation techniques and practices. The analysis, opinions and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice*, promulgated by the Appraisal Foundation and endorsed by the American Society of Appraisers (ASA).

22922 N.E. 14th Street Sammamish, Washington 98074
Oregon Phone: (503) 646-3667 Oregon Fax: (503) 646-3228
Washington Phone: (425) 898-9863 Washington Fax: (425) 898-9624
E-Mail: lolds@lewisolds.com

## APPENDIX I – CERTIFICATION BY APPRAISER

We certify that, to the best of our knowledge and belief:

1. The statements of fact in this report are true and correct. However, we have relied, without independent verification, on the accuracy, completeness, and fairness of all financial and other information that was publicly available or furnished to us by the management of the subject businesses and their accountants and legal counsel.

2. The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

4. Our compensation is not contingent on any action or event resulting from the analyses, opinion, and conclusions in, or the use of, this report.

5. Our analyses, opinions, and conclusions were developed, and this report was prepared, in conformity with the professional standards of the American Institute of Certified Public Accountants including its Code of Conduct and Statements on Standards for Consulting Services, and in conformity with the professional standards of the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

6. Professional assistance to the person signing this report was provided by S. Todd Burchett, CPA, ABV, ASA, of The Hanke Group, P.C. All review and conclusions are those of Dan H. Hanke, CPA, ABV.