# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: September 27, 2007)

| | |
|---|---|
| GISELE C. FISHER, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court are Plaintiff's Memorandum in Support of Admission of Challenged Exhibits (Plaintiff's Memo) and Defendant's Response to Plaintiff's Memorandum in Support of Admission of Challenged Exhibits (Defendant's Response). While the court considers the briefing, the court issues the following directive: as the parties revise their exhibit lists, the parties shall not change the numbers that identify each exhibit on subsequent exhibit lists. Although there may be gaps between the identifying numbers of the exhibits that are presented at trial, the court finds that it is most convenient to the parties and the court to use one set of numbers throughout the pre-trial procedures and the trial.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge