# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: September 28, 2007)

| | |
|---|---|
| GISELE C. FISHER, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

It has come to the court's attention that Sharon Haas, the contact person at the United States District Court for the Western District of Washington, will be at the court building between 7:30 a.m. and 8:00 a.m. PDT on the first day of trial, Tuesday, October 16, 2007. If the parties need access to the courthouse before that time, they may make arrangements with Ms. Haas. She may be reached by telephone at 206-370-8482 and by facsimile at 206-370-8401.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge