IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351 T
(Judge Emily C. Hewitt)

GISELE C. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**JOINT MOTION TO SUSPEND PROCEEDINGS**

The parties respectfully request that the Court suspend proceedings to permit defendant to consider plaintiff's pending settlement offer.

On October 4, 2007, plaintiff submitted to defendant an offer to settle all the unresolved issues in the above-captioned case. The Court of Federal Claims Section of the Tax Division of the United States Department of Justice intends shortly to recommend acceptance of this offer to the Tax Division's Office of Review, which has final settlement authority in this matter.

Trial in this case is presently scheduled for October 16-18, 2007, in Seattle, Washington. Given this impending trial date, and that it is likely that a settlement of this case can be reached without further involvement of the Court, the parties believe that the interests of judicial economy will be served by granting the instant motion.

This joint motion to suspend proceedings has been prepared in consultation with plaintiff, who has authorized the undersigned attorneys for defendant to represent to the Court that she joins in this motion.

Respectfully submitted,

October 5, 2007

s/ Robert J. Higgins

ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26, Ben Franklin Station
Washington, D.C. 20044
TELEPHONE (202) 616-3423
FACSIMILE (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section
JOSEPH B. SYVERSON
Trial Attorney

October 5, 2007

s/ Steven I. Frahm
Of Counsel