# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: October 9, 2007)

GISELE C. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion to Suspend Proceedings (Mot. or Motion). The parties state that "plaintiff submitted to defendant an offer to settle all the unresolved issues" in the case and that "[t]he Court of Federal Claims Section of the Tax Division of the United States Department of Justice intends shortly to recommend acceptance of this offer to the Tax Division's Office of Review, which has final settlement authority in this matter." Mot. 1. The parties move to suspend proceedings because "it is likely that a settlement of this case can be reached without further involvement of the [c]ourt." Id. at 1-2.

For the reasons stated therein, the Motion is GRANTED. Proceedings in this case are SUSPENDED until further notice.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge