# In the United States Court of Federal Claims

No. 06-351 T

(E-Filed: November 29, 2007)

| | |
|---|---|
| GISELE C. FISHER, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On Thursday, November 29, 2007, the court held a telephonic status conference (TSC) with the parties to discuss the approval process of the settlement agreement that the parties have agreed upon. The court will hold another TSC on Thursday, December 20, 2007 at 3:30 p.m. EST to discuss the progress of that approval process. Should the case be closed by entry of judgment prior to the time of the TSC, the TSC shall be cancelled.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge