IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-351 T
(Judge Emily C. Hewitt)

GISELE C. FISHER

Plaintiff

v.

THE UNITED STATES,

Defendant.

STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled case be dismissed with prejudice and that each party bear its own costs, including any possible attorneys' fees or other expenses of litigation .

Paul W. Oden

PAUL W. ODEN
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, Washington 98101
Tel: (206) 622-8484
FAX: (206) 622-7485
paul.oden@millernash.com

Attorney for Plaintiff

12/19/2007

ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Tel: (202) 307-6580
FAX: (202)514-9440
Robert.J.Higgins@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section

Of Counsel